UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:11-CV-80880-RYSKAMP/VITUNAC

QSGI, INC., a Delaware Corporation,

    Plaintiff,

v.

IBM GLOBAL FINANCING, a Division of
International Business Machines Corporation,
INTERNATIONAL BUSINESS MACHINES
CORPORATION, Parent to and/or d/b/a
IBM GLOBAL FINANCING,

    Defendants.

_____/

**RULE 7.1 STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1, undersigned counsel for Defendants, IBM Global Financing ("IGF") and International Business Machines Corporation ("IBM") hereby certifies that (i) there are no corporate parents, affiliates and/or subsidiaries of IBM which are publicly held and that no publicly held company owns 10% or more of the stock of IBM, and (ii) IGF is a part of IBM Credit LLC, which is a wholly-owned subsidiary of IBM.

    Respectfully submitted,

Laura Besvinick, Esq.
Florida Bar Number: 391158
Email: laura.besvinick@hoganlovells.com
HOGAN LOVELLS US LLP
Sabadell Financial Center – 19th FL
1111 Brickell Avenue
Miami, FL 33131
Telephone:   (305) 459-6500
Facsimile:   (305) 459-6550

By: s/Laura Besvinick
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2011, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to the counsel so indicated below:

Juan P. Bauta, II
The Ferraro Law Firm
4000 Ponce de Leon Blvd.
Suite 700
Miami, FL  33146
Tel: (305) 375-0111
Fax: (305) 379-6222
Email: jpb@ferrarolaw.com

By:   s/ Laura Besvinick