



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE No. 11-cv-80880-RYSKAMP

QSGI, INC., a Delaware corporation,

    Plaintiff,

vs.

IBM GLOBAL FINANCING, a division
of International Business Machines
Corporation, INTERNATIONAL
BUSINESS MACHINES CORPORATION,
Parent to and/or d/b/a IBM GLOBAL
FINANCING,

    Defendants.
_____/

## MOTION TO APPEAR *PRO HAC VICE*,
## CONSENT TO DESIGNATION, AND REQUEST TO
## ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

    In accordance with Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the Unites States District Court for the Southern District of Florida, Eric J. Stock ("Movant") of the law firm of Hogan Lovells US LLP, 875 Third Avenue, New York, NY 10022, respectfully moves for admission *pro hac vice* for the purposes of appearance as co-counsel on behalf of Defendants International Business Machines Corporation and IBM Global Financing (collectively "IBM") in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit receipt of electronic filings in this case, and in support thereof states as follows:

    1.    Movant is not admitted to practice in the Southern District of Florida and is a member in good standing of the New York Bar since 1999.

2. Movant is also admitted to practice before the following courts:

    a. the U.S. District Court for the Eastern District of New York;

    b. the U.S. District Court for the Southern District of New York.

3. Movant certifies that he has never been disbarred and is not currently suspended from the practice of law in the State of New York, or any State, nor from any United States Bankruptcy Court, District Court or Court of Appeals. A Certificate of Good Standing from the U.S. District Court for the Southern District of New York is attached as Exhibit "A".

4 Movant certifies further that he has studied and is familiar with the Local Rules of this Court.

5. In further support of this motion, it is hereby designated that Laura Besvinick is a member in good standing of The Florida Bar and the bar of this Court, maintains an office in this District for the practice of law, and is authorized to file through the Court's electronic filing system. She is a person with whom this Court and counsel may readily communicate, upon whom papers may be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. In addition, the law firm of Hogan Lovells US LLP, 1111 Brickell Avenue, Suite 1900, Miami, Florida 33131-2336, (305) 459-6500, acts as counsel in this matter on behalf of IBM.

6. In accordance with the local rules of this Court, Movant has made payment of this Court's $75.00 admission fee.

7. Pursuant to Section 2B, Southern District of Florida CM/ECF Administrative Procedures, Movant hereby requests the Court to provide Notices of Electronic Filings to him at the following e-mail address: eric.stock@hoganlovells.com.

WHEREFORE, Eric J. Stock respectfully requests the Court to enter an Order allowing him to appear before this Court on behalf of IBM for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notices of electronic filings to him at eric.stock@hoganlovells.com.

                                  Respectfully submitted,

                                  HOGAN LOVELLS US LLP
                                  875 Third Avenue
                                  New York, NY  10022
                                  (212) 918-3000
                                  (212) 918-3100 – facsimile

By: _____
               Eric J. Stock

## CONSENT TO ACT AS LOCAL COUNSEL

I, Laura Besvinick, an attorney qualified to practice in this Court, consent to designation as local counsel and agree to serve as designee with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers shall be served in accordance with the rules applicable in this Court.

                                  Laura Besvinick
                                  Florida Bar No. 391158
                                  HOGAN LOVELLS US LLP
                                  Sabadell Financial Center
                                  1111 Brickell Avenue, Suite 1900
                                  Miami, Florida  33131
                                  (305) 459-6500
                                  (305) 459-6550 (fax)

By: _____
               Laura Besvinick

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 16, 2011, a true and correct copy of the foregoing together with the required filing fee, was filed with the Clerk of Court. Copies of the foregoing document will be served upon interested counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: _____
Laura Besvinick

# EXHIBIT A

CSDNY (05/2010) Certificate of Good Standing

# United States District Court

## Southern District of New York

# Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>     **ERIC J. STOCK**           </u> , Bar # <u>     **ES8660**     </u>

was duly admitted to practice in this Court on

<u>   **FEBRUARY 14th, 2000**   </u> , and is in good standing as a member of the Bar of this Court.

Dated at <u>500 Pearl Street<br>New York, New York </u>  on  <u>   **SEPTEMBER 14th, 2011**   </u>

<u>     Ruby J. Krajick     </u>        by  <u> /s/ Deputy Clerk signature </u>
Clerk                                         Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE No. 11-cv-80880-RYSKAMP

QSGI, INC., a Delaware corporation,

    Plaintiff,

vs.

IBM GLOBAL FINANCING, a division
of International Business Machines
Corporation, INTERNATIONAL
BUSINESS MACHINES CORPORATION,
Parent to and/or d/b/a IBM GLOBAL
FINANCING,

    Defendants.
_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Eric J. Stock, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing, pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

1.    The Motion is GRANTED. Eric J. Stock may appear and participate in this action on behalf of Defendants International Business Machines Corporation and IBM Global

2

Financing.  The Clerk shall provide electronic notification of all electronic filings to Eric J. Stock at eric.stock@hoganlovells.com.

DONE AND ORDERED in Chambers at Miami, Miami-Dade County, Florida, this \_\_\_\_\_ day of September, 2011.

_____
THE HONORABLE KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel of record