



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 9:11-cv-80880-KLR**

QSGI, INC., a Delaware Corporation,

         Plaintiff,

   v.

IBM GLOBAL FINANCING, a Division of
International Business Machines Corporation,
INTERNATIONAL BUSINESS MACHINES
CORPORATION, Parent to and/or d/b/a IBM
GLOBAL FINANCING,

         Defendants.

_____

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and

Practice of Attorneys of the United States District Court for the Southern District of Florida, the

undersigned respectfully moves for the admission *pro hac vice* of Benjamin H. Diessel of the law

firm of Cravath, Swaine & Moore LLP; 825 Eighth Avenue, New York, NY 10019; (212) 474-1000,

for purposes of appearance as co-counsel on behalf of Defendants International Business

Machines Corporation and IBM Global Financing (collectively, "IBM") in the above-styled case

only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Benjamin H. Diessel to receive electronic filings in this case, and in support thereof states as follows:

1.      Benjamin H. Diessel is not admitted to practice in the Southern District of Florida and is a member in good standing of the United States District Court for the Southern District of New York.

2.      Movant, Laura Besvinick, Esquire, of the law firm of Hogan Lovells US LLP, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, Benjamin H. Diessel has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4.      Benjamin H. Diessel, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Benjamin H. Diessel at email address: bdiessel@cravath.com.

WHEREFORE, Laura Besvinick, Esquire, moves this Court to enter an Order for Benjamin H. Diessel, to appear before this Court on behalf of Defendants International Business

Machines Corporation and IBM Global Financing, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Benjamin H. Diessel.

Date: _September 21, 2011_

Respectfully submitted,

_[signature]_

Laura Besvinick, Esq.
Florida Bar Number: 391158
Email: laura.besvinick@hoganlovells.com
HOGAN LOVELLS US LLP
Sabadell Financial Center -- 19th FL
1111 Brickell Avenue
Miami, FL 33131
Telephone:   (305) 459-6500
Facsimile:   (305) 459-6550

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 9:11-cv-80880-KLR

QSGI, INC., a Delaware Corporation,

                         Plaintiff,

         v.

IBM GLOBAL FINANCING, a Division of
International Business Machines Corporation,
INTERNATIONAL BUSINESS MACHINES
CORPORATION, Parent to and/or d/b/a IBM
GLOBAL FINANCING,

                         Defendants.

_____

### CERTIFICATION OF BENJAMIN H. DIESSEL

Benjamin H. Diessel, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the

Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the

United States District Court for the Southern District of Florida; and (2) I am a member in good

standing of United States District Court for the Southern District of New York.

                                              _____
                                              Benjamin H. Diessel

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served by ___U.S. mail___, on ___September 21, 2011___, on all counsel or parties of record on the service list.

_____
Laura Besvinick

**Case No.: 9:11-cv-80880-KLR**

## SERVICE LIST

Juan Pablo Bauta , II
Case A. Dam
Ferraro Law Firm
4000 Ponce de Leon Blvd
Suite 700
Miami, FL 33146
Tel:  (305) 375-0111
Fax:  (305) 379-6222
Email:  jpb@ferrarolaw.com
           cxd@ferrarolaw.com

CSDNY (05/2010) Certificate of Good Standing

---

# United States District Court

## Southern District of New York

## Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>**BENJAMIN HANS DIESSEL**</u> , Bar # <u>**BD4711**</u>

was duly admitted to practice in this Court on

<u>**NOVEMBER 23rd, 2010**</u> , and is in good standing as a member of the Bar of this
Court.

500 Pearl Street
Dated at <u>New York, New York</u>          on          <u>**SEPTEMBER 15th, 2011**</u>

<u>Ruby J. Krajick</u>          by          _____
Clerk                                           Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:11-cv-80880-KLR


QSGI, INC., a Delaware Corporation,

Plaintiff,

v.

IBM GLOBAL FINANCING, a Division of
International Business Machines Corporation,
INTERNATIONAL BUSINESS MACHINES
CORPORATION, Parent to and/or d/b/a IBM
GLOBAL FINANCING,

Defendants.

---

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for

Benjamin H. Diessel, Consent to Designation, and Request to Electronically Receive Notices of

Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice

of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of

the CM/ECF Administrative Procedures. This Court having considered the motion and all other

relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Benjamin H. Diessel, may appear and participate in this action on

behalf of Defendants International Business Machines Corporation and IBM Global Financing.

The Clerk shall provide electronic notification of all electronic filings to Benjamin H. Diessel,

at bdiessel@cravath.com.

DONE AND ORDERED in Chambers at_____, Florida, this

_____ day of_____.


                                                    _____
                                                    Kenneth L. Ryskamp
                                                    United States District Judge


Copies furnished to:
All Counsel of Record