```
FILING FEE
PAID  45.00
Pro hac  2 6/2/
Vice
      Steven M. Larimore, Clerk
```

```
FILED by CBA D.C.
SEP 27 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE No. 11-cv-80880-RYSKAMP

QSGI, INC., a Delaware corporation,

    Plaintiff,

vs.

IBM GLOBAL FINANCING, a division
of International Business Machines
Corporation, INTERNATIONAL
BUSINESS MACHINES CORPORATION,
Parent to and/or d/b/a IBM GLOBAL
FINANCING,

    Defendants.

_____/

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the Unites States District Court for the Southern District of Florida, Ty Cobb ("Movant") of the law firm of Hogan Lovells US LLP, 555 Thirteenth Street, NW, Washington, D.C. 20004, respectfully moves for admission *pro hac vice* for the purposes of appearance as co-counsel on behalf of Defendants International Business Machines Corporation and IBM Global Financing (collectively "IBM") in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit receipt of electronic filings in this case, and in support thereof states as follows:

1.    Movant is not admitted to practice in the Southern District of Florida and is a member in good standing of the District of Columbia Bar since 1979.

2.     Movant is also admitted to practice before the following courts:

    a.     The District of Columbia Circuit Court of Appeals;

    b.     the Third Circuit Court of Appeals;

    c.     the Fourth Circuit Court of Appeals;

    d.     the Fifth Circuit Court of Appeals;

    e.     the Tenth Circuit Court of Appeals;

    f.     the U.S. District Court for the District of Columbia;

    g.     the U.S. District Court for the District of Maryland;

    h.     the U.S. District Court of the District of Colorado;

    i.     the U.S. Supreme Court.

3.     Movant certifies that he has never been disbarred and is not currently suspended from the practice of law in the District of Columbia, or any State, nor from any United States Bankruptcy Court, District Court or Court of Appeals. A Certificate of Good Standing from the U.S. District Court for the District of Columbia District is attached as Exhibit "A".

4     Movant certifies further that he has studied and is familiar with the Local Rules of this Court.

5.     In further support of this motion, it is hereby designated that Laura Besvinick is a member in good standing of The Florida Bar and the bar of this Court, maintains an office in this District for the practice of law, and is authorized to file through the Court's electronic filing system. She is a person with whom this Court and counsel may readily communicate, upon whom papers may be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. In addition, the law firm of Hogan

Lovells US LLP, 1111 Brickell Avenue, Suite 1900, Miami, Florida 33131-2336, (305) 459-6500, acts as counsel in this matter on behalf of IBM.

6.      In accordance with the local rules of this Court, Movant has made payment of this Court's $75.00 admission fee.

7.      Pursuant to Section 2B, Southern District of Florida CM/ECF Administrative Procedures, Movant hereby requests the Court to provide Notices of Electronic Filings to him at the following e-mail address: ty.cobb@hoganlovells.com.

WHEREFORE, Ty Cobb respectfully requests the Court to enter an Order allowing him to appear before this Court on behalf of IBM for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notices of electronic filings to him at ty.cobb@hoganlovells.com.

Respectfully submitted,

HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC  20004
(202) 637-5600
(202) 637-5910 - facsimile

By:_____
        Ty Cobb

## CONSENT TO ACT AS LOCAL COUNSEL

I, Laura Besvinick, an attorney qualified to practice in this Court, consent to designation as local counsel and agree to serve as designee with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers shall be served in accordance with the rules applicable in this Court.

Laura Besvinick
Florida Bar No. 391158
HOGAN LOVELLS US LLP
Sabadell Financial Center
1111 Brickell Avenue, Suite 1900
Miami, Florida 33131
(305) 459-6500
(305) 459-6550 (fax)

By:_____
Laura Besvinick

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 27, 2011, a true and correct copy of the foregoing together with the required filing fee, was filed with the Clerk of Court. Copies of the foregoing document will be served upon interested counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:_____
Laura Besvinick

# EXHIBIT A



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of

Appeals, do hereby certify that

_____ TY COBB _____

was on the ____4^{TH}____ day of _____ JUNE, 1979, _____

duly qualified and admitted as an attorney and counselor entitled to

practice before this Court and is, on the date indicated below, an

active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 23, 2011.

JULIO A. CASTILLO
Clerk of the Court

By: _____
            Deputy Clerk