UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-80880-Civ-Ryskamp/Vitunac

QSGI, INC.,

    Plaintiff,

v.

IBM GLOBAL FINANCING, a division of
International Business Machines Corporation,
INTERNATIONAL BUSINESS MACHINES
CORPORATION, parent to and/or d/b/a
IBM GLOBAL FINANCING,

    Defendant.
_____/

## ORDER SETTING MEDIATION

THE MEDIATION conference in this matter shall be held with Judge Herbert Stettin. The parties shall advise the Court of the mediation date within thirty days of the date of this order.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 22nd day of November, 2011.

                                      S/Kenneth L. Ryskamp
                                      KENNETH L. RYSKAMP
                                      UNITED STATES DISTRICT JUDGE