UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
No. 09:11-cv-80880-KLR

QSGI, Inc., a Delaware Corporation,

    Plaintiff,

v.

IBM GLOBAL FINANCING, a Division of
International Business Machines Corp., and
INTERNATIONAL BUSINESS MACHINES
CORP., Parent to and/or d/b/a IBM GLOBAL
FINANCING,

    Defendants.

_____/

## PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO RULE 26 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Plaintiff, QSGI, Inc., ("QSGI") by and through undersigned counsel, hereby provides its Initial Disclosures, as required by Rule 26(a)(1)(A)-(D) of the Federal Rules of Civil Procedure as follows:

1. Pursuant to Fed.R.Civ.P. 26(a)(1)(A), Plaintiff, QSGI hereby identifies the following Individuals presently known to likely have discoverable information that QSGI may use in supporting its case:

    a. Ms. Cathleen Black, a person with knowledge about the facts of this case.
       c/o Laura Besvinick, Esq., Hogan Lovells US LLP
       1111 Brickell Avenue, Suite 1900, Miami, Florida 33131

    b. Mr. William R. Brody, a person with knowledge about the facts of this case.
       c/o Laura Besvinick, Esq., Hogan Lovells US LLP
       1111 Brickell Avenue, Suite 1900, Miami, Florida 33131

    c. Mr. Kenneth I. Chenault, a person with knowledge about the facts of this case.
       c/o Laura Besvinick, Esq., Hogan Lovells US LLP
       1111 Brickell Avenue, Suite 1900, Miami, Florida 33131

d. Mr. Juergen Dormann, a person with knowledge about the facts of this case.
   c/o Laura Besvinick, Esq., Hogan Lovells US LLP
   1111Brickell Avenue, Suite 1900, Miami, Florida 33131

e. Mr. Michael L. Eskew, a person with knowledge about the facts of this case.
   c/o Laura Besvinick, Esq., Hogan Lovells US LLP
   1111 Brickell Avenue, Suite 1900, Miami, Florida 33131

f. Ms. Shirley Ann Jackson, Ph.D., a person with knowledge about the facts of this case.
   c/o Laura Besvinick, Esq., Hogan Lovells US LLP
   1111Brickell Avenue, Suite 1900, Miami, Florida 33131

g. Mr. Minoru Makihara, a person with knowledge about the facts of this case.
   c/o Laura Besvinick, Esq., Hogan Lovells US LLP
   1111 Brickell Avenue, Suite 1900, Miami, Florida 33131

h. Mr. Lucio A. Noto, a person with knowledge about the facts of this case.
   c/o Laura Besvinick, Esq., Hogan Lovells US LLP
   1111 Brickell Avenue, Suite 1900, Miami, Florida 33131

i. Lynne Hubbard, a person with knowledge about the facts of this case.
   c/o Laura Besvinick, Esq., Hogan Lovells US LLP
   1111 Brickell Avenue, Suite 1900, Miami, Florida 33131

j. Ms. Joan E. Spero, a person with knowledge about the facts of this case.
   c/o Laura Besvinick, Esq., Hogan Lovells US LLP
   1111 Brickell Avenue, Suite 1900, Miami, Florida 33131

k. Mr. Sidney Taurel, a person with knowledge about the facts of this case.
   c/o Laura Besvinick, Esq., Hogan Lovells US LLP
   1111ckell Avenue, Suite 1900, Miami, Florida 33131

l. Mr.Lorenzo H. Zambrano, a person with knowledge about the facts of this case.
   c/o Laura Besvinick, Esq., Hogan Lovells US LLP
   1111 Brockell Avenue, Suite 1900, Miami, Florida 33131

m. Susan Brearley, a person with knowledge about the facts of this case.
   c/o Laura Besvinick, Esq., Hogan Lovells US LLP
   1111 Brickell Avenue, Suite 1900, Miami, Florida 33131

n. Eric Prat Ramos, a person with knowledge about the facts of this case.
   c/o Laura Besvinick, Esq., Hogan Lovells US LLP
   1111 Brickell Avenue, Suite 1900, Miami, Florida 33131

o. William Curran, a person with knowledge about the facts of this case.
c/o Laura Besvinick, Esq., Hogan Lovells US LLP
1111 Brickell Avenue, Suite 1900, Miami, Florida 33131

p. Michael Malvarosa, a person with knowledge about the facts of this case.
c/o Laura Besvinick, Esq., Hogan Lovells US LLP
1111 Brickell Avenue, Suite 1900, Miami, Florida 33131

q. Steven M. Rosato, a person with knowledge about the facts of this case.
c/o Laura Besvinick, Esq., Hogan Lovells US LLP
1111 Brickell Avenue, Suite 1900, Miami, Florida 33131

r. Mr. Edward Cummings, a person with knowledge about the facts of this case.
c/o Juan P. Bauta, II, Esq., The Ferraro Law Firm
4000 Ponce de Leon Blvd., Suite 700, Miami, Florida 33176

s. Mr. John Cunningham, a person with knowledge about the facts of this case.
c/o Juan P. Bauta, II, Esq., The Ferraro Law Firm
4000 Ponce de Leon Blvd., Suite 700, Miami, Florida 33176

t. Mr. R. Keith Elliott, a person with knowledge about the facts of this case.
c/o Juan P. Bauta, II, Esq., The Ferraro Law Firm
4000 Ponce de Leon Blvd., Suite 700, Miami, Florida 33176

u. Mr. Seth A. Grossman, a person with knowledge about the facts of this case.
c/o Juan P. Bauta, II, Esq., The Ferraro Law Firm
4000 Ponce de Leon Blvd., Suite 700, Miami, Florida 33176

v. Mr. Geoffrey Smith, a person with knowledge about the facts of this case.
c/o Juan P. Bauta, II, Esq., The Ferraro Law Firm
4000 Ponce de Leon Blvd., Suite 700, Miami, Florida 33176

w. Mr. Robert W. VanHellemont, a person with knowledge about the facts of this case.
c/o Juan P. Bauta, II, Esq., The Ferraro Law Firm
4000 Ponce de Leon Blvd., Suite 700, Miami, Florida 33176

x. Samuel J. Palmisano, a person with knowledge about the facts of this case.
Chairman, President & CEO
International Business Machines Corporation
One New Orchard Road
Armonk, NY 10504

y. Mark Anzani, a person with knowledge about the facts of this case.
Vice President
System z Client Technical Support
845-435-1722

z. Kevin Cleary, a person with knowledge about the facts of this case.
General Manager
WW Global Asset Recovery Services
IBM Global Financing
914-765-6417

aa. Dan Ransdell, a person with knowledge about the facts of this case.
General Manager
WW Global Asset Recovery Services
IBM Global Financing
914-765-5560

bb. Gregory Tavalasky, a person with knowledge about the facts of this case.
Vice President
IGF- Americas GARS
3039 Corwallis Rd., P.O. Box 12195
RTP, NC 27709
919-486-3138

cc. Jamie Owens, Vice President Top Gun Technology, a person with knowledge about the facts of this case.
5500 Cottonwood Lane SE
Prior Lake, MN 55372
952-226-9700

dd. Joel Owens, President Top Gun Technology, a person with knowledge about the facts of this case.
5500 Cottonwood Lane SE
Prior Lake, MN 55372
952-226-9700

ee. All persons identified by all other parties in their respective Rule 26(a) disclosures.

ff. All persons identified in the documents produced by Plaintiff and Defendants in their Rule 26(a) disclosures.

gg. All consulting and expert witnesses not yet identified for trial.

hh. All impeachment and rebuttal witnesses to be ascertained.

Discovery is in progress and Plaintiff reserves its right to supplement its witness list as more witnesses become known.

2. Pursuant to Fed.R.Civ.P. 26(a)(1)(B), QSGI identifies the following non-privileged documents that support its claims:

   a. All documents bates-labeled "QSGI 001-027".

   b. All documents listed by Defendants in their disclosures.

   c. All documents produced by any other party to this litigation.

   d. All impeachment and rebuttal documents to be ascertained.

3. Fed.R.Civ.P. 26(a)(1)(C): See bates-labeled document "DAMAGES" produced contemporaneously with QSGI's Initial Disclosure.

4. Fed.R.Civ.P.26(a)(1)(D) is not applicable to QSGI.

Respectfully submitted,

THE FERRARO LAW FIRM, P.A.
*Attorneys for the Plaintiff*
4000 Ponce de Leon Blvd.
Suite 700
Miami, FL 33146
Telephone (305) 375-0111
Facsimile (305) 379-6222

By: _____
Juan P. Bauta II, Esq.
Florida Bar No.: 894060

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via CM/ECF on all counsel of record this 5th day of December, 2011.

THE FERRARO LAW FIRM, P.A.

By: _____
Juan P. Bauta II, Esq.
Fla. Bar No.: 894060

5