UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 11-80880-CIV-RYSKAMP\VITUNAC

QSGI, Inc., a Delaware Corporation,

    Plaintiff,

v.

IBM GLOBAL FINANCING, et al.

    Defendants.
_____/

## NOTICE OF MEDIATION

Plaintiff, QSGI, Inc., by and through undersigned counsel and pursuant to this Court's Order of Referral to Mediation dated November 10, 2011, files this Notice of Mediation. Mediation is scheduled before Judge Herbert Stettin on Wednesday, September 19, 2012 at 10:00 am at the Ferraro Law Firm, 4000 Ponce de Leon Blvd., Suite 700, Miami, Florida 33146.

Respectfully submitted,

THE FERRARO LAW FIRM, P.A.
*Attorneys for the Plaintiff*
4000 Ponce de Leon Blvd., Suite 700
Miami, FL 33146
Telephone (305) 375-0111
Facsimile (305) 379-6222

By: _____
Juan P. Bauta, II
Fla. Bar No.: 894060

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via CM/ECF on all counsel of record this 16th day of December, 2011.

By: _____
Juan P. Bauta, II
Fla. Bar No.: 894060