UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| QSGI, INC.,<br><br>    *Plaintiff,*<br><br>v.<br><br>IBM GLOBAL FINANCING and<br>INTERNATIONAL BUSINESS<br>MACHINES CORPORATION,<br><br>    *Defendants*. | Case No. 9:11-cv-80880-KLR |

## [PROPOSED] ORDER TO COMPEL PLAINTIFF TO PROVIDE DISCOVERY RESPONSES TO DEFENDANT

Upon consideration of Defendants' motion to compel responses to their discovery requests, it is hereby ordered that:

1. Plaintiff shall provide within five days of the date of this order responses to Defendants' First Request for Production of Documents, served on November 11, 2011;

2. Plaintiff shall provide within five days of the date of this order responses to Defendants' First Set of Interrogatories, served on December 6, 2011; and

3. Plaintiff has waived any and all objections to Defendants' First Request for Production of Documents and First Set of Interrogatories.

DATED: this _____ day of _____, 2012.

_____
Kenneth L. Ryskamp

SENIOR UNITED STATES DISTRICT JUDGE