## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 11-80880-Civ-Ryskamp/Vitunac

QSGI, INC.,

      Plaintiff,

v.

IBM GLOBAL FINANCING, a division of
International Business Machines Corporation,
INTERNATIONAL BUSINESS MACHINES
CORPORATION, parent to and/or d/b/a
IBM GLOBAL FINANCING,

      Defendant.

_____/

## ORDER OF REFERENCE

PURSUANT TO 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the

Southern District of Florida, the above-captioned Cause is hereby referred to United States

Magistrate Judge Ann E. Vitunac for issuance of final orders on all discovery motions.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 17th day of

February, 2012.

S/Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE