# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| QSGI, INC., §<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>IBM GLOBAL FINANCING and §<br>INTERNATIONAL BUSINESS §<br>MACHINES CORPORATION, §<br>§<br>Defendants. § | Case No. 9:11-cv-80880-KLR |

## DEFENDANTS' REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.B, Local Rules of the Southern District of Florida, Defendants IBM Global Financing and International Business Machines Corporation (collectively, "IBM"), through its undersigned counsel, hereby request oral argument on their Motion to Compel Discovery responses from Plaintiff (DE 40) ("Motion"). In support of this request, Defendants state the following:

1. Oral argument on Defendants' Motion will assist the Court in thoroughly understanding the nature of the issues raised in the Motion and why Plaintiff's Response fails to address the issues raised in the Motion—Plaintiff's admitted failure to provide responses to IBM's Interrogatories and Document Requests.

2. Conducting oral argument on the Motion will provide the Court with the opportunity to raise any questions it may have of the parties while the parties are present, facilitating efficient use of the Court's time and resources.

3. Oral argument will facilitate timely discovery to move this case forward.

Defendants estimate that 30 minutes will be sufficient for oral argument.

Dated: March 12, 2012

Respectfully submitted,

/s/ Laura Besvinick
Laura Besvinick
Florida Bar No. 391158
HOGAN LOVELLS US LLP
1111 Brickell Avenue
Suite 1900
Miami, FL 33131
Telephone: 305-459-6500
Facsimile: 305-459-6550
Laura.Besvinick@HoganLovells.com

Evan R. Chesler*
Richard J. Stark*
Teena-Ann V. Sankoorikal*
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: 212-474-1000
Facsimile: 212-474-3700
echesler@cravath.com
rstark@cravath.com
tsankoorikal@cravath.com

Ty Cobb*
Eric J. Stock*
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: 202-637-5600
Facsimile: 202-637-5910
Ty.Cobb@HoganLovells.com
Eric.Stock@Hoganlovells.com
*Admitted Pro Hac Vice

*Counsel for Defendants IBM Global Financing and International Business Machines Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 12th day of March 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Laura Besvinick

## QSGI, INC. SERVICE LIST

Juan Pablo Bauta, II
Ferraro Law Firm
4000 Ponce de Leon Blvd
Suite 700
Miami, FL 33146
Phone: 305-375-0111
Fax: 305-379-6222

Case A. Dam
Ferraro Law Firm
4000 Ponce de Leon Blvd
Suite 700
Miami, FL 33146
Phone: 305-375-0111
Fax: 305-379-6222
Email: cxd@ferrarolaw.com