UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-80880-Civ-Ryskamp/Vitunac

QSGI, INC.,

    Plaintiff,

v.

IBM GLOBAL FINANCING, et al.,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court by Order of Reference from U.S. District Judge Kenneth L. Ryskamp. Defendants' Motion to Compel (DE 40) is before the Court. Plaintiff responded (DE 43), Defendants replied (DE 48) and the matter is ripe for review.

Defendants assert that, despite ample opportunity and many accommodations, Plaintiff has failed to respond to Defendants' discovery requests. Plaintiff concedes that it has not adequately responded but argues that this is due to the unwieldy nature of the materials – 400 gigabytes in a non-searchable database. Plaintiff asserts that it is producing discovery on a rolling basis and will be finished by the first week of April. The Court will hold Plaintiff to it. Accordingly, the Court hereby ORDERS that Defendants' Motion to Compel is GRANTED in part. Plaintiff shall completely respond to the pending discovery requests by April 2, 2012.

DONE and ORDERED in Chambers at West Palm Beach in the Southern District of Florida, this 16 day of March, 2012.

ANN E. VITUNAC
United States Magistrate Judge