UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

QSGI, INC.,

      *Plaintiff,*

v.

IBM GLOBAL FINANCING and
INTERNATIONAL BUSINESS
MACHINES CORPORATION,

      *Defendants.*

Case No. 9:11-cv-80880-KLR

### DECLARATION OF LAURA BESVINICK

LAURA BESVINICK, declares as follows:

1. I am a member of the law firm of Hogan Lovells US LLP and counsel to Defendants IBM Global Financing and International Business Machines Corporation (collectively, "Defendants") in the above captioned action. I submit this declaration in support of Defendants' Motion To Dismiss With Prejudice Plaintiff's Second Amended Complaint.

2. Attached as Exhibit 1 is a true and correct copy of QSGI, Inc.'s Quarterly Report (Form 10-Q), filed with the Securities and Exchange Commission ("SEC") on November 14, 2007.

3. Attached as Exhibit 2 is a true and correct copy of Plaintiff's Response to Defendants' IBM and IBM Global Financing's Request For Production Of Documents.

4. Attached as Exhibit 3 is a true and correct copy of Plaintiff's Unverified Response To Defendants' IBM and IBM Global Financing's First Set of Interrogatories.

5. Attached as Exhibit 4 are true and correct copies of the webpages of Atlantix Global Systems; CHS Computer Sales; Epoka IT Equipment; Great Lakes

Computer; Mainframe Services, Inc.; Network Systems Resellers; Simon Systems, Inc.; and Top Gun Technology as of April 8, 2012.

6. Attached as Exhibit 5 is a true and correct copy of the Debtors-in-Possession's Application for Employment of Juan P. Bauta, II As Special Counsel Nunc Pro Tunc To November 18, 2010, filed in Bankr. Pet. No. 09-23658 as ECF No. 357, on December 2, 2010.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on April 16, 2012

_____
Laura Besvinick