# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 11-80880-CIV-RYSKAMP\VITUNAC

QSGI, Inc., a Delaware Corporation,

    Plaintiff,

v.

IBM GLOBAL FINANCING, et al.

    Defendants.
_____/

## PLAINTIFF'S RESPONSE TO DEFENDANTS' IBM AND IBM GLOBAL FINANCING'S REQUEST FOR PRODUCTION OF DOCUMENTS

Plaintiff, QSGI, Inc., by and through undersigned counsel files its responses to Defendants' IBM and IBM GLOBAL FINANCING's Request for Production dated November 11, 2011.

DOCUMENT REQUESTS

    1. All documents and communications concerning IBM.

    **Answer:** Objection overly broad as to scope and time. Without waiving the objection QSGI will make available approximately 382 boxes of documents in the procession of the Security and Exchange Commission as soon as those documents are returned to QSGI. QSGI is producing documents which are responsive under separate cover to IBM's counsel Laura Besnick.

    2. All documents or communications concerning any IBM policy or practice relating to parts for IBM mainframes; IBM mainframe microcode; upgrades or downgrades to IBM mainframes; or the reconfiguration or modification of IBM mainframes, including but not limited to communications with IBM, customers, or any other person or entity about the six-month rule, as defined in Paragraph 16 of the Amended Complaint.

**Answer:** Objection overly broad as to scope and time. Without waiving the objection QSGI will make available approximately 382 boxes of documents in the procession of the Security and Exchange Commission as soon as those documents are returned to QSGI. QSGI is producing documents which are responsive under separate cover to IBM's counsel Laura Besnick.

3. All documents supporting your allegation in Paragraph 14 of the Amended Complaint that "[p]rior ot 2007, IBM freely sold QSGI the parts and micro-code necessary for QSGI to modify the capacity of the used IBM mainframe computers".

**Answer:** None at this time.

4. All documents supporting your allegation in Paragraph 16 of the Amended Complaint that "IBM's policy change (hereinafter the 'six-month rule') did not extend to IGF or IGF's customers".

**Answer:** None at this time.

5. All documents and communications concerning each IBM mainframe that QSGI acquired, including the machine type, model information, serial number and configuration of each such IBM mainframe; the entity or source from which QSGI acquired each such mainframe; the price QSGI paid for each such mainframe; any upgrades, downgrades or configuration changes to such mainframe over time; the means by which those upgrades, downgrades or configuration changes were accomplished; from whom those upgrades, downgrades or configuration changes were requested; by whom those upgrades, downgrades or configuration changes were requested; and the entity that performed such upgrades, downgrades or configuration changes.

**Answer:** Objection overly broad as to scope and time. Without waiving the objection QSGI will make available approximately 382 boxes of documents in the procession of the Security and Exchange Commission as soon as those documents are returned to QSGI. QSGI is producing documents which are responsive under separate cover to IBM's counsel Laura Besnick.

6. All document and communications concerning each IBM mainframe that QSGI sold, leased or otherwise transferred, including but not limited to the machine type, model information, configuration and serial number of each such mainframe; requests from customers for any upgrade, downgrade or configuration change to any such IBM mainframe; the means by which any upgrades, downgrades or configuration changes were accomplished; the entity that performed such upgrades, downgrades or configuration changes to the mainframe; the entity (if any) that purchased, leased or otherwise obtained any such mainframe; the date of such transaction; and any order or transaction documentation such as purchase supplements, statements of work, invoices, agreements and any amendments or attachments thereto.

**Answer:** Objection overly broad as to scope and time. Without waiving the objection QSGI will make available approximately 382 boxes of documents in the procession of the Security and Exchange Commission as soon as those documents are returned to QSGI. QSGI is producing documents which are responsive under separate cover to IBM's counsel Laura Besnick.

7. All documents and communications concerning QSGI's sale of IBM mainframe parts or microcode, including but not limited to the entity (if any) that purchased or otherwise obtained any such mainframe parts from QSGI or any entity or person acting on behalf of QSGI; the specific parts or microcode that was sold or otherwise transacted; the date of such

transaction; and any order or transaction documentation such as purchase supplements, statements of work, invoices, agreements and any amendments or attachments thereto.

**Answer:** Objection overly broad as to scope and time. Without waiving the objection QSGI will make available approximately 382 boxes of documents in the procession of the Security and Exchange Commission as soon as those documents are returned to QSGI. QSGI is producing documents which are responsive under separate cover to IBM's counsel Laura Besnick.

8. All documents concerning any attempts, whether successful or unsuccessful, to acquire used mainframes from IBM or to sell or otherwise transfer used mainframes to IBM.

**Answer:** Objection overly broad as to scope and time. Without waiving the objection QSGI will make available approximately 382 boxes of documents in the procession of the Security and Exchange Commission as soon as those documents are returned to QSGI. QSGI is producing documents which are responsive under separate cover to IBM's counsel Laura Besnick.

9. All documents and communications concerning any requests by QSGI, entities or persons on behalf of QSGI, or any other entity or person for parts, microcode, updgrades or downgrades to used IBM mainframes, including but not limited to requests to IBM; any requests that IBM allegedly refused; the entity making such request; the date of such request; the serial number of the IBM machine to which such part or microcode would be added or removed; and the intended, planned or actual use of any such part, microcode, upgrade or downgrade to the used mainframe that was the basis of such request.

**Answer:** Objection overly broad as to scope and time. Without waiving the objection QSGI states that it has none in its custody or control at this time.

10. All documents and communications concerning any purchase by QSGI, entities or persons on behalf of QSGI, or any other entity or person of parts, microcode, upgrades or downgrades to used IBM mainframes, including but not limited to purchases from IBM; the entity making such purchase; the date of such purchase; the serial number of the IBM machine to which such part or microcode would be added or removed; and the intended, planned or actual use of any such purchased part, microcode, upgrade or downgrade to the used mainframe.

**Answer:** Objection overly broad as to scope and time. Without waiving the objection QSGI states that it has none in its custody or control at this time.

11. All documents and communications concerning any unsuccessful attempts or bides made by QSGI to sell used IBM mainframes to customers.

**Answer:** Objection overly broad as to scope and time. Without waiving the objection QSGI states: See attached Exhibit A.

12. All documents and communications concerning any requests or orders for used IBM mainframes that QSGI was unable to fulfill, including but not limited to QSGI's inability to obtain any parts, microcode or changes to capacity; the efforts that QSGI undertook to obtain such parts, microcode or changes to capacity; the reason that QSGI was unable to obtain such parts, microcode or changes to capacity; and the customer that requested or placed such order.

**Answer:** Objection overly broad as to scope and time. Without waiving the objection QSGI states: See attached Exhibit A.

13. All documents and communications concerning all sales of used IBM mainframes that QSGI allegedly lost as a result of the six-month rule or IBM's alleged refusal to provide parts or microcode to upgrade or downgrade such IBM mainframes, including but not limited to documentation concerning the identities of the customers, the dates of any alleged

refusals by IBM, the specific parts and/or microcode that IBM allegedly refused to provide and the entity or person from whom the customer obtained a used mainframe or other non-mainframe server.

**Answer:** Objection overly broad as to scope and time. Without waiving the objection QSGI states: See attached Exhibit A.

14. All documents and communications concerning the income, profit, or revenue (including but not limited to sales, lost maintenance or service revenue) that QSGI allegedly lost as a result of the six-month rule or IBM's alleged refusal to provide parts, microcrode, upgrades, downgrades or configuration changes for a used IBM mainframe.

**Answer:** Objection overly broad as to scope and time. Without waiving the objection QSGI states: See attached Exhibit A and documents produced as part of QSGI's Initial Disclosure on December 5, 2011.

15. All documents and communications supporting QSGI's allegations in paragraphs 16 and 31 of the Amended Complaint that QSGI has "lost profits, lost business and been rendered unable to compete in the used IBM mainframe computer market", that QSGI, "[a]s a direct and proximate result of [IBM's] unfair and deceptive trade practice QSGI has been damaged", and that IBM "damaged the business of QSGI causing it to lose profits, lost its ongoing business and to lost the future business it would have otherwise received".

**Answer:** Objection overly broad as to scope and time, and to the extent that this requests asks for an expert or legal opinion. Without waiving the objection QSGI states: See, QSGI's SEC filings which are in the public record as well as its bankruptcy filings which IBM or its lawyers already possess.

16. All marketing and promotional materials for QSGI's IBM mainframe business, including, but not limited to, advertisements, advertising materials, brochures, articles, web pages, wikis, pamphlets, price lists, product specifications, press releases and catalogs.

**Answer:** Objection overly broad as to scope and time, and relevancy. Without waiving the objection QSGI will make available approximately 382 boxes of documents in the procession of the Security and Exchange Commission as soon as those documents are returned to QSGI. QSGI is producing documents which may be responsive under separate cover to IBM's counsel Laura Besnick.

17. All documents and communications relating to planning, analyses or strategy concerning QSGI's used mainframe business, including budgets, sales, projections, sales estimates, sales, business plans, wikis, short- or long-term strategies or objectives, competitive plans, valuations, forecasts and presentations.

**Answer:** Objection overly broad as to scope and time. Without waiving the objection QSGI states: See, QSGI's SEC filings which are in the public record as well as its bankruptcy filings which IBM or its lawyers already possess. Additionally see attached Exhibit B

18. All documents concerning QSGI's inventory of used IBM mainframes and parts, including but not limited to short- pr long-term strategies or objectives; valuations; forecasts and presentations relating to QSGI's inventory of used IBM mainframes and parts; the contents (machine-type and model information), serial numbers, volume and value of such inventory; any attempts to sell or any potential sale of all or part of QSGI's inventory of used IBM mainframes and parts to any person or entity; the sale of QSGI's inventory of used IBM mainframes to Top Gun Technology; and QSGI's reduction of its mainframe inventory, as detailed in QSGI's

November 26, 2007 press release titled "QSGI Announces Data Center Hardware Division Restructuring".

**Answer:** Objection overly broad as to scope and time. Without waiving the objection QSGI states: See, QSGI's SEC filings which are in the public record as well as its bankruptcy filings which IBM or its lawyers already possess. See also attached exhibits A and B.

19. All documents and communications concerning the finances of QSGI, including but not limited to earnings call transcripts; QSGI's tax returns; and documents concerning revenues, costs, profits, losses, net income, depreciation and the write-down of assets.

**Answer:** Objection overly broad as to scope and time. Without waiving the objection QSGI states: See, QSGI's SEC filings which are in the public record as well as its bankruptcy filings which IBM or its lawyers already possess.

20. The tax returns of any QSGI principal, director or officer.

**Answer:** Objection overly broad as to scope and time, and relevancy.

21. All documents and communications concerning sources from which used IBM mainframes or parts, upgrades, downgrades, configuration changes or capacity for IBM mainframes could be purchased or obtained.

**Answer:** Objection overly broad as to scope and time and vague as to the term "sources". Without waving its objection QSGI states that it has no documents in its custody or possession at this time.

22. All documents and communications concerning the sale of used IBM mainframes by any broker, seller or reseller of used IBM mainframes, including but not limited to Top Gun Technology, Inc., Qualtech International Corp., Qualtech Services Group, Inc., and Windsor

Tech Inc., and any documents relating to competition with vendors, brokers, sellers and resellers of new and used IBM mainframes.

> **Answer:** Objection overly broad as to scope and time. Without waiving the objection QSGI will make available approximately 382 boxes of documents in the procession of the Security and Exchange Commission as soon as those documents are returned to QSGI. QSGI is producing documents which may be responsive under separate cover to IBM's counsel Laura Besnick.

23. All documents concerning any persons or entities that sell or lease IBM mainframes (whether new or used) or non-IBM servers (whether new or used), including any documentation, market studies, or strategic plans concerning or describing competition between and amongst IBM mainframes (whether new or used) and non-IBM servers (whether new or used).

> **Answer:** Objection overly broad as to scope and time. Without waiving the objection QSGI will make available approximately 382 boxes of documents in the procession of the Security and Exchange Commission as soon as those documents are returned to QSGI. QSGI is producing documents which may be responsive under separate cover to IBM's counsel Laura Besnick.

24. All documents concerning new or used mainframes or non-IBM servers that potential customers considered, or were offered, as an alternative to any QSGI offering.

> **Answer:** Objection overly broad as to scope and time. Without waiving the objection QSGI will make available approximately 382 boxes of documents in the procession of the Security and Exchange Commission as soon as those documents are returned to

QSGI. QSGI is producing documents which may be responsive under separate cover to IBM's counsel Laura Besnick. See also attached Exhibit A and B.

25. All documents concerning any sales or other transactions that QSGI lost to IBM, to non-IBM sellers of IBM mainframes, or to sellers of non-IBM servers, including any documents concerning the IBM or non-IBM servers that any potential customer chose instead of obtaining a used mainframe from you, and any documents comparing QSGI's offering to used or new servers (including mainframes) sold by IBM or another entity.

**Answer:** Objection overly broad as to scope and time. Without waiving the objection QSGI will make available approximately 382 boxes of documents in the procession of the Security and Exchange Commission as soon as those documents are returned to QSGI. QSGI is producing documents which may be responsive under separate cover to IBM's counsel Laura Besnick. See also, attached Exhibit A and B.

26. All documents concerning prices when selling or otherwise transacting in used mainframes or parts thereof, including but not limited to any formulas, competitive benchmarks or comparisons that you use to set such prices.

**Answer:** Objection overly broad as to scope and time. Without waiving the objection QSGI will make available approximately 382 boxes of documents in the procession of the Security and Exchange Commission as soon as those documents are returned to QSGI. QSGI is producing documents which may be responsive under separate cover to IBM's counsel Laura Besnick.

27. All documents and communications concerning the definition of the alleged "used IBM mainframe computer market", including but not limited to documents that support QSGI's purported "used IBM mainframe" computer market. (Am.Compl. ¶¶12, 19).

**Answer:** Objection overly broad as to scope and time. Without waiving the objection QSGI will make available approximately 382 boxes of documents in the procession of the Security and Exchange Commission as soon as those documents are returned to QSGI. QSGI is producing documents which may be responsive under separate cover to IBM's counsel Laura Besnick.

28. All documents and communications concerning the definition of alleged geographic market of the "United States of America". (Am. compl.¶19).

**Answer:** None at this time.

29. All documents and communications concerning QSGI's allegation that IBM has monopoly power in an alleged market for used IBM timeframes. (Am. Compl. ¶¶11,19, 28).

**Answer:** Objection overly broad as to scope and time, and to the extent that this requests asks for an expert or legal opinion. Without waiving the objection QSGI states: None at this time.

30. All documents and communications supporting your allegations in Paragraph 25 of the Amended Complaint that "IBM and IGF use of their monopoly power over the micro-code is an unfair business practice" or that IBM "has engaged in a deceptive and unfair trade practice".

**Answer:** Objection overly broad as to scope and time, and to the extent that this requests asks for an expert or legal opinion. Without waiving the objection QSGI states: None at this time.

31. All documents and communications concerning QSGI's filing with any governmental agency, including but not limited to drafts of such filings.

**Answer:** Objection overly broad as to scope and time and vague at to the term "filings". Without waiving the objection QSGI will make available approximately 382 boxes of documents in the procession of the Security and Exchange Commission as soon as those documents are returned to QSGI. QSGI is producing documents which may be responsive under separate cover to IBM's counsel Laura Besnick. Additionally, see SEC filings which are public records well as QSGI's bankruptcy filings which IBM or its lawyers already possess.

32. All communications with Top Gun Technology, Jamie Owens or Joel Owens.

**Answer:** Objection overly broad as to scope and time. Without waiving the objection QSGI will make available approximately 382 boxes of documents in the procession of the Security and Exchange Commission as soon as those documents are returned to QSGI. QSGI is producing documents which may be responsive under separate cover to IBM's counsel Laura Besnick.

33. All documents and communications concerning any actual, proposed, contemplated or potential business ventures with IBM.

**Answer:** Objection overly broad as to scope and time. Without waiving the objection QSGI will make available approximately 382 boxes of documents in the procession of the Security and Exchange Commission as soon as those documents are returned to QSGI. QSGI is producing documents which may be responsive under separate cover to IBM's counsel Laura Besnick.

34. Directories organizational charts or other documents sufficient to show the name, title and reporting relationship of QSGI's employees, officers and directors and the corporate

structure of QSGI, including how QSGI's corporate structure changed as a result of dissolution, mergers, reverse mergers, acquisitions, asset sales or other corporate transactions.

> **Answer:** Objection overly broad as to scope and time. Without waiving the objection QSGI will make available approximately 382 boxes of documents in the procession of the Security and Exchange Commission as soon as those documents are returned to QSGI. QSGI is producing documents which may be responsive under separate cover to IBM's counsel Laura Besnick. Additionally, see SEC filings which are public records well as QSGI's bankruptcy filings which IBM or its lawyers already possess.

35. All documents and communications concerning the reverse merger between QSGI and KruseCom, LLC, including but not limited to documents concerning the rationale for any analysis of such reverse merger; any preparation for such reverse merger and completion of such reverse merger; and documents relating to the financial interests of any QSGI principal, director or officer in KruseCom, LLC.

> **Answer:** Objection overly broad as to scope and time, and relevancy.

36. All documents and communications concerning QSGI's bankruptcy proceeding, including its decision to file for bankruptcy and its preparation for the bankruptcy proceeding.

> **Answer:** Objection overly broad as to scope and time. Without waiving the objection QSGI will make available approximately 382 boxes of documents in the procession of the Security and Exchange Commission as soon as those documents are returned to QSGI. QSGI is producing documents which may be responsive under separate cover to IBM's counsel Laura Besnick. Additionally, see SEC filings which are public records well as QSGI's bankruptcy filings which IBM or its lawyers already possess.

37. All documents and communications concerning QSGI's acquisition of Qualtech International Corp. and Qualtech Services Group, Inc., in or around 2004.

**Answer:** Objection overly broad as to scope and time, and relevancy. Without waiving the objection QSGI will make available approximately 382 boxes of documents in the procession of the Security and Exchange Commission as soon as those documents are returned to QSGI. QSGI is producing documents which may be responsive under separate cover to IBM's counsel Laura Besnick. Additionally, see SEC filings which are public records well as QSGI's bankruptcy filings which IBM or its lawyers already possess.

38. All documents and communications relating to any fraud, self-dealing, or allegations of fraud or self-dealing, committed by QSGI or its affiliates' principals, investors, employees or fiduciaries, including arising out of QSGI's financing arrangements, its dissolution, any mergers, reverse mergers, acquisitions, asset sales or other corporate transactions.

**Answer:** Objection overly broad as to scope and time, and relevancy.

39. All documents and communications concerning policies or practices for document retention and the storage of QSGI's documents, including but not limited to correspondence with any vendor or company used by QSGI to store or host documents, payment stubs or receipts and documentation concerning the non-payment of any amounts owed in connection with storage or hosting of QSGI documents.

**Answer:** Objection overly broad as to scope and time. Without waiving the objection QSGI will make available approximately 382 boxes of documents in the procession of the Security and Exchange Commission as soon as those documents are returned to QSGI. QSGI is producing documents which may be responsive under separate cover to

IBM's counsel Laura Besnick. Additionally, see SEC filings which are public records well as QSGI's bankruptcy filings which IBM or its lawyers already possess.

40. An inventory of all QSGI documents stored with or hosted by any vendor or storage company and a copy of all such QSGI documents. To the extent such documents no longer exist or have been lost, all documents concerning the circumstances and facts relating to the destruction or loss of such documents, including but not limited to the relevant QSGI personnel; any in-house or outside counsel retained by QSGI at the time; vendor personnel involved; the date(s) and manner of such destruction or loss, including without limitation the destruction or loss of any backup copies; who at QSGI was notified of such destruction or loss or that such destruction or loss was imminent; the date of such notification; approval or assent, if any, by QSGI to any such destruction or loss; steps taken to recover any such documents, e.g. from backups, and the results of such steps; and evidence that no backup copies now exist in any form or place.

    **Answer:** Objection overly broad as to scope and time. Without waiving the objection QSGI will make available approximately 382 boxes of documents in the procession of the Security and Exchange Commission as soon as those documents are returned to QSGI. QSGI is producing documents which may be responsive under separate cover to IBM's counsel Laura Besnick. Additionally, see SEC filings which are public records well as QSGI's bankruptcy filings which IBM or its lawyers already possess.

41. All documents and communications that QSGI identifies in its Initial Disclosures.

    **Answer:** Objection, documents have already been produced with the Initial Disclosure.

Respectfully submitted,

THE FERRARO LAW FIRM, P.A.
*Attorneys for the Plaintiff*
4000 Ponce de Leon Blvd., Suite 700
Miami, FL 33146
Telephone (305) 375-0111
Facsimile: (305) 379-6222

By: _____
Juan P. Bauta, II, Esq.
Fla. Bar No.: 894060
Case A. Dam, Esq.
Fla. Bar No.: 756091

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via electronic mail this 2nd day of April, 2012.

By: _____
Juan P. Bauta, II
Fla. Bar No.: 894060
Case A. Dam, Esq.
Fla. Bar No.: 756091