# EXHIBIT 4

IT hardware | About Atlantix Global Systems Page 1 of 1

STORE | TECHNOLOGY LIFECYCLE | ABOUT US | CONTACT US | Search Our Products Subm

home > about us

Suggestions Recently Viewed RSS Feed Email a Friend Print this Page Bookmark

- Executive Team
- Management Team
- Locations
- About Us
- Atlantix News
- Product Quality Checklist
- Virtual Tour

ATLANTIX
Global Systems
Atlanta, Georgia

**Atlantix Global Systems** is truly your one-stop shop for quality new, used and refurbished **IT hardware**. Atlantix buys, sells, leases, rents, consigns and trades just about every product line including Cisco, Sun, HP, IBM, storage equipment (including NetApp and EMC), Nortel, and telecom equipment. With each product, we offer a 1 year advanced replacement warranty to our retail customers with the option to add MindSafe, our maintenance program. MindSafe has a significant number of advantages for customers, including the possibility to save 70% on traditional manufacturers warranties. At **Atlantix**, we focus on lowering your costs for IT equipment while staying committed to top quality and a green environment.

In business for over 30 years, **Atlantix** is one of the largest resellers of enterprise-class equipment in the world. We sell and provide services internationally doing business on every continent. **Atlantix** buys and sells broker to broker and sells to end users and resellers. We are different than a VAR or a manufacturing representative. We stock over $30M in our hardware inventory, so when a customer needs a product, we have it.

**Atlantix** has over 100 IT professionals including 30 on-site manufacturer trained engineers that are specialists in their product lines. With this attribute, **Atlantix** provides excellence in logistical services. **Atlantix** is able to provide on-site configuration and testing of equipment for our customers at all times. No one else can provide this service.

Our mission is to be the most extensive network and hardware provider by building relationships, impeccable service, and certifiable quality.

We specialize in midrange IT hardware from the following manufacturers:

- **Cisco®**
- **Sun Microsystems®**
- **HP®**
- **IBM®**
- **Storage Solutions**

Our method is simple, but it has been key to our success:

- Buy in huge quantities from suppliers all over the globe in order to find the best prices.
- Run all equipment through our own engineering and refurb center so we can guarantee the highest quality.
- Sell that equipment below the manufacturer's retail market price.
- Maintain an enormous warehouse of inventory in stock.

Most of our customers are very specific and knowledgeable about their IT hardware and equipment product needs. They know they're getting the best deal because our computer hardware products are all ready for manufacturer's maintenance and backed by our quality guarantee.

**IT Hardware, Why Trust Atlantix as your source?**

- An industry leader in IT hardware.
- 30 years in business
- 60+ technology consultants
- 12 languages spoken in our sales group
- 30,000 sq. ft. engineering and refurbishing center (take a virtual tour)
- 80,000 sq. ft. warehouse (take a virtual tour)
- $30m in inventory on-hand
- Over 130 IT professionals
- Same-day shipping available
- Online Order Tracking
- 40+ manufacturer-trained engineers
- Large technical support staff available for whatever professional service needs you might have – integration or implementation – data center move or compliance testing – we can help.
- Worldwide logistics capabilities – we can usually have your equipment anywhere in the world in less than 48 hours – and often overnight.
- We can offer equipment leases up to thirty-six months.
- We can often rent you equipment for terms as short as a month.
- We can offer aggressive trade in allowances for your excess hardware.

You can have the best of breed solutions at **Atlantix Global Systems**.

©2012 Atlantix Global. All Rights Reserved.
Site Map | Privacy Policy | Terms & Conditions | Contact Us | Toll Free: 1-877-552-8526 | Chat Live

http://www.atlantixglobal.com/about/default.aspx 4/8/2012

# CHS Computer Sales

***Used IT Systems - Barcode - Servers - Scanners - Storage - Phone Systems***

***Get Top Value For Your Used Equipment - Contact CHS Sales Today!***

**Contact Email Us Today    Phone 888-822-7863    Home Page CHS Sales**

**IBM Mainframes**
IBM z9 z900 z9900
IBM z10 Mainframes

**Data Storage Disk**
EMC Storage SANS
EMC Isilon NAS Storage
IBM TotalStorage
NetApp Storage

**Tape Cartridge Media**
9840, 9940 Tape Media
AIT, 8mm Tape Media
SDLT Tape Media
LTO Ultrium Tape Media

**Phone Systems**
Fujitsu Phone Systems
Siemens HiPath Systems
Siemens Hicom
Siemens Optipoint Phones

**Document Scanners**
Fujitsu Scanners
Kodak Scanners
Kodak i660 i640 i620 i610
Kodak i840 i830 i820 i810

**Bar Code**
Epson Bar Code
Intermec Bar Code
Motorola Scanners
Motorola Mobile Computers
Symbol Bar Code
Zebra Bar Code

**See All Products**

## Used IBM zSeries Mainframe

We Buy and Sell Used
IBM Mainframe zSeries Servers

**Sell Used IBM zSeries Servers**
You can realize excellent value for your used IBM zSeries mainframe servers. We pay fair market prices for your used equipment. Email or fax what you're selling today.
Used IBM Servers for Sale?

**Buy Used IBM Mainframe Servers**
Refurbished used IBM mainframe servers provide innovative technology and application flexibility. Used IBM zSeries mainframe servers are optimized to integrate business applications in packages that deliver excellent price performance. Refurbished used IBM zSeries mainframe servers give you the same performance as new, at a more affordable cost. Contact CHS today with your needs.

**Used IBM Mainframes**
**Used IBM z900 z990 Servers**
**Used IBM z10 Servers**
**Used IBM z114 Servers**
**Used IBM z196 Servers**

**Selling Your Used Equipment is Easy!**

**Email us the details. We make an offer, pick up and pay freight. Anywhere in the U.S.**

**So Email Us Today**

**Buy & Sell With Confidence**
Since 1998, we have transacted thousands of buys and sells with companies of all sizes. Doing business is easy with CHS Sales.

**Price & Availability**
Since available equipment changes daily, we do not post product pricing. Please email and tell us what you need. Someone will get back to you with prices that will please you.

**Customer Comments**
"CHS Sales bought all of our equipment from a recently closed office. They faxed a purchase order, sent a 50% deposit and did a very timely pick up. It's nice to find a company that does what they say they will do."

**Repair Services**
EMC Maintenance

**Sitemap**

**Used Data Storage**
Used IBM TotalStorage
Used NetApp Storage

**Other Used IBM Systems**
All Used IBM Servers
Used IBM Netfinity Servers - xSeries
Used IBM RS 6000 Servers
Used IBM pSeries Servers
Used IBM AS400 Servers - iSeries
Used IBM BladeCenter Servers
Used IBM zSeries Servers
Used IBM Power Systems Servers
Used IBM Power6 Servers
Used IBM Power7 Servers
Used IBM Power Blade Servers

**Used Data Storage Media**
Used Tape Media

**Contact Us Today** Click Here to Email Us

**If your need is immediate, call 888-822-7863 / 678-547-1828**

**Or fax your equipment list to 678-547-0165**

CHS Sales Atlanta, Georgia Copyright © 2000 All Rights Reserved



EPOKA IT EQUIPMENT

EPOKA.COM

Home Solutions Products Service Contact Epoka About Epoka Job Openings Press Room

Find an employee

Call us today!
or click to request a quote.
Tel. +45 96 730 800
quote@epoka.com

Part search

Part #

Keyword

Go

Cisco
EMC
FC San
Fujitsu
HP
Hitachi Data Systems
IBM
System i - iSeries
System p - pSeries
System x - xSeries
zSeries
9672 - CMOS
Multiprise
Storage
NetApp
StorageTek
Sun Microsystems
Other brands
Extend your hardware warranty

## IBM

Home » Products » **IBM**

Epoka A/S is a leading reseller of IBM Equipment. In our warehouse in Pandrup, Denmark we carry a wide range of refurbished and new IBM Equipment. Our prices are very competitive, and most of our systems can be shipped out immediatly.

Epoka custom configures the systems to our customer's needs. Please inform us of your requirements, and we will build a system excactly as you need.

Yours Sincerely,
The Epoka IBM Team

### Contacts

**Thomas Nielsen**
General Manager
Direct: +45 96 730 832
Mobile: +45 27 109 732
E-mail: tni@epoka.com

**Kasper Horn Nielsen**
Product Manager
Direct: +45 96 730 862
Mobile: +45 25 298 762
E-mail: kni@epoka.com

**Mike Schack Andersen**
Sales
Direct: +45 96 73 08 26
Mobile: +45 60 35 48 26
E-mail: msa@epoka.com

**Claus Madsen**
Sales
Direct: +45 96 730 830
Mobile: +45 60 354 830
E-mail: clm@epoka.com

Epoka A/S | Hjulmagervej 21 | DK-9490 Pandrup | Denmark | Tel: +45 96 730 800 | Fax: +45 96 730 815 | epoka@epoka.com | Product index

Home/ **Refurbished FAQs**

**About Us**

- Customer Reviews
- Free Integration
- Virtual Tour
- **Refurbished FAQs**
- The GLC Story
- What Makes Us Better?
- Worldwide Shipping

# Refurbished FAQs

## What is refurbished equipment and what does that mean to you?

As a Value Added Reseller, Great Lakes Computer actually sells more new technology products than we do refurbished computer equipment. We do believe however that providing our customers with both new and refurbished solutions is a unique way of offering value and cost reducing alternatives most manufacturers and technology resellers wouldn't consider or can't offer.

We understand you may have some questions when considering the purchase of used or refurbished technology products. That is why we've dedicated this page to answer most of the questions we get asked when customers are considering refurbished computer equipment for the first time.

As a member in good standing of the Association of Service and Computer Dealers International (ASCDI), we adhere to a strict code of standards established for the refurbished technology industry.

- What are remanufactured products?
- What are refurbished products?
- Why buy refurbished?
- How big is the refurbished market?
- When is refurbished an option?
- What should I look for when I buy remanufactured or refurbished?
- What is the ASCDI?
- What type of warranty comes with refurbished products?
- What warranty does Great Lakes Computer offer?

## Q. What are remanufactured products?

Remanufactured technology products are programs manufactures of IT equipment have to address the needs of the IT community to purchased refurbished products for a myriad of reasons. Remanufactured programs are available through Cisco, Dell, HP, IBM, Juniper and SUN. These products are sourced internally through demo pools, factory surplus, cancelled orders, customer returns, end-of-life runs and through their in-house leasing organizations. Remarketed products allow customers a great pricing alternative to new products while offering the same technologies in the manufacturer's current product portfolio. Products go through a rigorous remanufacturing process at the factory and are usually backed by the same warranty as new equipment. The biggest advantage to remanufactured technology products is the savings compared to new.

Remanufactured products include:

- Dell PowerEdge Servers and EqualLogic Storage
- HP StorageWorks (EVA, MSA, MSL, Switches & Disks)
- Business critical servers (Integrity, HP9000, Alpha)
- Industry Standard servers (ProLiant DL , ML & options)
- HP c Class blade servers & infrastructure
- System X, x Series, BladeCenter
- System P, p Series
- Fast, DS Series
- Cisco switching (stackable & chassis based), routing, firewall.

Back to top

## Q. What are refurbished products?

Refurbished products are products that go through our own exhaustive refurbishment process in our 63,000 square foot technology center and are priced far below manufacturers Remanufactured products. Our refurbished products typically come from manufacturer lot buys, distributor model liquidations, surplus inventory, asset recovery agreements, customer trade-ins, off lease equipment and rental returns.

Great Lakes Computer's refurbished products include the latest technologies and also those hard to find end-of-life options that Cisco, Dell, HP, IBM and SUN customers still need. Our Refurbished Products are backed by our best in the industry 3 year warranty and our exclusive manufactures maintenance eligibility guarantee.

Refurbished Cisco Products Include:

- Cisco switching (stackable & chassis based)
- Modules
- Routing
- Firewall
- Cisco options and accessories

Refurbished Dell Products Include:

- PowerEdge Servers
- EqualLogic Storage

Refurbished HP Products Include:

- HP StorageWorks (EVA, EMA, MSA, Switches & Disks)
- Business critical severs (HP9000, Itanium, Alpha and Superdome)
- Industry Standard servers (ProLiant DL , ML & options)
- HP c Class blade servers & infrastructure

Refurbished IBM Products Include:

- System X, x Series, BladeCenter
- System P, p Series
- Fast, DS Series

Leverage Your Options
Partnering with Great Lakes Computer will get the most out of your budget by mixing and matching New, Remarketed and Refurbished products into very cost competitive solution. So if your needs are for current technology but you can't fit them into your budget, you should take a look and the tremendous cost savings that remanufactured and Great Lakes new and refurbished products have to offer.

Back to top

---

## Q. Why buy refurbished?

There is a lot of talk these days to "green IT" and recycle products that are in perfectly good condition. Even Toyota and Lexus offer Certified Pre Owned vehicles as a way of managing their portfolio. At some level, every IT organization should have refurbished and remanufactured a part of their overall IT strategy just to meet internal SLA's and manage costs.

Manufacturers such as Hewlett Packard have created a product channel specifically to manage their massive inventory portfolio. HP's Renew Program offers an exhaustive inventory of equipment that has been returned to HP for various reasons and is comprised of state-of-the-art HP technology. HP Renew products are certified to be good as new and come with the same on-site warranty and support options as new equipment. The benefits to you are that by leveraging products remanufactured by the manufacturer you enjoy lower acquisition costs and equal performance for state-of-the-art Factory-Certified technology.

Back to top

---

## Q. How big is the refurbished market?

The refurbished technology market (often referred to as the secondary market) consists of an estimated 40,000 resellers, dealers and distributors worldwide who conduct over $180 billion worth of technology sales annually. Employing more than 100,000 people; it represents more than half of the entire market for IT products.

In fact, leading edge current technology is so abundantly available from every manufacturer, in product line and model that even the largest corporate enterprise could outfit their entire IT infrastructure with 100% refurbished or remanufactured equipment.

Back to top

---

## Q. When is refurbished an option?

- If you have a lean budget, then remanufactured enterprise products can offer a high quality, fully warranted solution at a low cost. For most applications, the latest technology isn't necessary.
- Companies may not have the resources to keep pace with short technology lifecycles.
- Your company has a need to maintain a proven, stable environment and further deploy production on that platform has been discontinued by the manufacturer.

Email    Tweet 0    Like

MSI - Mainframe Services, Inc.

# Company Profile

We are a privately owned company founded in 1982. Our initial focus was on the installation, relocation, and reconfiguration of water cooled mainframe systems manufactured by IBM. By 1990 our customer list included:

Imperial Chemical (Manchester England)
Winterthur Insurance (Brussels Belgium)
United Biscuit LTD (Liverpool England)
Volmarstein Orthopedic (Volmarstein Germany)
Banco Popular (Puerto Rico)
Banque de Suisse (Geneva Switzerland)
Comdisco (Paris France)
Mastercard (Copenhagen Demnark)
AT&T (USA)
The Federal Reserve (Dallas, New York, Boston, Atlanta)
The Pentagon
The Department of Energy
Nevada DOT
Pratt & Whitney
Blue Cross Blue Shield (TN, AL, NY, OH, WA)

In 1987 we added IBM frontend and distributed processors to our product line. In 1990 we added the AS/400 (now the iSeries) to our offering, followed in 1994 by the RS/6000 (now the pSeries).

Today we support IBM S390, zSeries, iSeries, and pSeries systems in the US and Europe. Our primary focus is supporting customers who run IBM hardware that is three years old, or older.

## Our Specialties

- Supporting clients who run older IBM hardware
- Hardware Maintenance for IBM Systems *
- Hot, Warm, and Cold site DR *
- Certified Data Destruction
- TS&P (Tech Support & Parts) *
- System Archiving for non-production platforms*
- Leasing (with maintenance) *
- Hardware Up/Downgrades
- Hardware Consulting

* contract required





## SERVERS

NSR offers the highest quality Refurbished Midrange Servers and Refurbished Mainframe Servers such as HP Servers and IBM Servers available today. We back every Refurbished Web Server with our industry-leading 4-Point Guarantee to ensure your total satisfaction. Every Refurbished Internet Server we sell has been put through an 8-Point Refurbishment Process, ensuring it will be eligible for the manufacturers' standard maintenance agreement.

Select from the manufacturers below to view a list of typical **servers** available refurbished:

   







HOME      |      WHY REFURBISHED |      WHY NSR |      SERVERS |      STORAGE |      NETWORKS |      CONTACT US|      NEWSLETTER

Network Systems Resellers  •  1745 Shea Center Drive, Suite 400, Littleton, CO 80129
Toll Free: 888.trustNSR (878.7867) • Phone: 720.344.7140 • Fax: 720.344.6140

Copyright © 2011 Network Systems Resellers. All Rights Reserved.



- Home
- About Us
- eServers»
- IBM Features
- IBM Parts»
- Resources»
- Contact Us

Phone: 952-448-9922

Share

"Industry leader in refurbished IBM solutions"

Specializing in IBM Mainframes



## Refurbish, Recycle, Reuse

. "Refurbished is the best form of recycling … and I like that" Since 1988 Simon Systems, Inc. has refurbished and remarketed IBM Mainframe Systems. This greatly reduces the possibility of...

Read more

## IBM Mainframe Stability

As technology seems to transform businesses and markets overnight, Information Systems must provide the same flexibility and adaptability as the companies they support. Companies must maximize the strengths of the traditional mainframe...

Read more

## Global Business Solutions

Simon Systems feels very strongly about the value of mainframe computing. In fact, we feel so strongly that we have committed 100 percent of our resources to the mainframe market. Service and support is the backbone of Simon...

Read more

## IBM Parts Inventory

Simon Systems carries a very large inventory of IBM used & refurbished parts. All parts are tested before shipment. We guarantee 100% satisfaction, and the best prices you'll find! Some of our parts are featured in our eBay store as well. We look forward to assisting you for your computer part needs. Please call or email us for a quote today.

## Mainframe Sales & Leasing

Simon Systems feels very strongly about the value of mainframe computing . In fact, we feel so strongly that we have committed 100 percent of our resources to the mainframe market. Service and support is the backbone of Simon Systems' success, and we will continue to explore new and better ways to serve our customers. Our success was not built on sales, it was built on relationships.

## IBM Mainframes Refurbished



IBM mainframes are our specialty and we have a large inventory of refurbished IBM Mainframes available to meet your needs. Click the link below to view the IBM machines we specialize in.

Click Here

SSI offers the highest quality of IBM refurbished mainframes & hardware ... Learn More

**Search Simon Systems Inventory of IBM eServers & Parts**

Search for: Search

- Home
- About Us
- eServers
- IBM Features
- IBM Parts
- Contact Us
- Resources
- Sitemap

Copyright © 2011 Simon Systems, Inc. All Rights Reserved



Return to Home

Your Ultimate Data Center Resource℠

ABOUT US | HARDWARE SOLUTIONS | SOFTWARE SUPPORT | RESOURCE CENTER | CONTACT US

# A Complete Resource for Data Center Hardware & Support

Top Gun Technology provides expert consultation to data center professionals seeking solutions for multiple OEMs (IBM, HP, Sun, EMC and HDS), including refurbished and reconditioned hardware and software support. We have built an infrastructure and team to support your hardware needs with helpful and forward-thinking planning and consultation. Our intent is to have you think of Top Gun Technology as a "resource" - a company that you can rely upon for thoughtful information, guidance and a unique approach to planning for and acquiring large-platform hardware and associated services at a competitive price.

## Hardware Solutions: Reconditioned Servers, Storage and Connectivity

We buy and sell used IBM zSeries mainframes and pSeries or iSeries servers, IBM storage (tape and disk), IBM connectivity, Sun servers, Sun/STK storage, EMC storage products, Hewlett Packard (HP) servers, Hewlett Packard storage and Hitachi (HDS) storage. When you have equipment you wish to retire, trade-in or sell, we would appreciate the opportunity to offer you our best solution and price. Additionally, if you are planning a change to the hardware in your data center environment, which includes requirements for additional hardware, we promise to provide you expertise and helpful pricing backed by quality and reliable products and solutions.

## O.S. Software Support for IBM Systems z, p and i

We offer software support services for system z (zSeries), system p (pSeries) and system i (iSeries) environments. Our services include special projects, OS assistance, subsystem assistance, data center consolidation services, data migrations, hardware push/pulls, 24/7 support and software consultation.

**About Us**

Our Value

Our Location

**Contact Us**

Employment Opportunities

Our Location

**Hardware Solutions**

Refurbished Servers

Refurbished Storage

Refurbished Connectivity

Hardware Consulting

**Software Support**

**Resource Center**

IBM zSeries Library

IBM pSeries Library

IBM iSeries Library

IBM Storage Library

IBM Connectivity Library

HP Servers Library

HP Storage Library

Sun Servers Library

Sun STK Storage Library

EMC Storage Library

Hitachi Storage Library

TOP GUN TECHNOLOGY 5500 Cottonwood Lane SE, Suite 106 Prior Lake, MN 55372 Toll-Free. 888.8.TOP.GUN

Site map Privacy Policy Trademarks