# EXHIBIT 5

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:     Chapter 11

QSGI, INC.                                    Case No.: 09-23658-EPK
QSGI-CCSI, INC.                               Case No.: 09-23659-EPK
QUAL TECH SERVICES GROUP, INC.                Case No.: 09-23660-EPK
                                              (Jointly Administered)
Debtor.
_____/

## DEBTORS-IN-POSSESSION'S APPLICATION FOR EMPLOYMENT OF JUAN P. BAUTA, II AS SPECIAL COUNSEL NUNC PRO TUNC TO NOVEMBER 18, 2010

QSGI, Inc., QSGI-CCSI, Inc., and Qual Tech Services Group, Inc., (collectively the "Debtors") Debtors in Possession, respectfully request an Order of the court authorizing the employment of Juan P. Bauta, II, Esq. of the Ferraro Law Firm, P.A., and the Ferraro Law Firm, P.A., as special counsel to represent the Debtors in matters regarding potential litigation against IBM *nunc pro tunc* to November 18, 2010 and states:

1.    On July 2, 2009, the Debtors filed voluntary petitions under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

2.    On July 7, 2009, this Court entered an Order directing the case of QSGI-CCSI, INC. (09-23659-BKC-PGH) and QUAL TECH SERVICES GROUP, INC. (09-23660-BKC-EPK). to be jointly administered under the Lead Case of QSGI, INC. having case No. 09-23658-BKC-EPK. See D.E. 15.

3.    The Debtors desire to employ Juan P. Bauta, II, Esq., of the Ferraro Law Firm, P.A., and the Ferraro Law Firm, P.A., as special counsel in this case for the purpose of advising them with regard to potential litigation against IBM for damages sustained by QSGI, Inc., regarding the loss of its mainframe business, including the preparation, filing and prosecution of a lawsuit against IBM.

4.    The Debtors believe that the proposed special counsel is qualified to provide the requested service set forth in paragraph 3.

5. The professional services to be performed by the proposed special counsel are outlined in the Attorneys' Contingency Commercial Employment Agreement. The Employment Agreement is attached hereto as Exhibit "A" and incorporated by reference herein.

6. Except as set forth in the Affidavit annexed hereto, neither Juan P. Bauta, II, Esq., nor the Ferraro Law Firm, P.A., have any connection with the Debtors, creditors or any other party in interest, their respective attorneys and/or accounts.

7. A copy of the proposed Special Counsel's affidavit evidencing that Juan P. Bauta, II, Esq., of the Ferraro Law Firm, P.A., and the Ferraro Law Firm, P.A., are disinterested parties as required by 11 U.S.C. § 327(a) and a verified statement as required under Bankruptcy Rule 2014, is attached hereto as Exhibit "B".

8. The Debtors request that the Ferraro Law Firm, P.A., be paid by the Debtors subject to a fee application. The customary hourly billing rate of the attorneys at the Ferraro Law Firm, P.A. is $600.00. Subject to the approval of the court, the Ferraro Law Firm, P.A., has agreed to employment on a contingency basis and to receive the following from the gross amount of all sums collected:

> A. 40% of any recovery through and including the trial of the case.
> B. 5% of any recovery if an Appeal is necessary and if the Attorneys choose to undertake the Appeal. Said 5% is in addition to the fee limitations stated above. If the Attorneys choose not to take the Appeal then a separate fee agreement shall be negotiated with appellate counsel.
> C. The Attorneys' compensation upon recovery in this case shall be either the aforementioned schedule or any amount awarded by the court as a result of judgment and/or settlement or combination thereof, whichever yields the higher attorneys' fee.

9. The Debtors respectfully request an Order authorizing the retention of Juan P. Bauta, II, of the Ferraro Law Firm, P.A., *nunc pro tunc* to November 18, 2010 pursuant to 11 U.S.C. §§327 and 330.

Dated: November 30, 2010
West Palm Beach, Florida

Respectfully Submitted,
QSGI, INC.

By: _____
Marc Sherman, Chairman and CEO

QSGI-CCSI, INC.

By: _____
Marc Sherman, President

QUALTECH SERVICES GROUP, INC.

By: _____
Marc Sherman, President