# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| QSGI, INC., § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | Case No. 9:11-cv-80880-KLR |
| § | |
| IBM GLOBAL FINANCING and § | |
| INTERNATIONAL BUSINESS § | |
| MACHINES CORPORATION, § | |
| § | |
| *Defendants*. § | |

## DEFENDANTS' REQUEST FOR ORAL ARGUMENT

Pursuant to Local General Rule 7.1(b), Local Rules of the Southern District of Florida, Defendants IBM Global Financing and International Business Machines Corporation (collectively, "Defendants"), through their undersigned counsel, hereby request oral argument on IBM's Motion to Compel Compliance With March 16, 2012 Order and For Sanctions For Noncompliance ("Motion"). In support of this request, Defendants state the following:

1. Oral argument on Defendants' Motion will assist the Court in thoroughly understanding the nature of the issues raised in the Motion and why Defendants' Motion should be granted.

2. Conducting oral argument on the Motion will provide the Court with the opportunity to raise any questions it may have of the parties while the parties are present, facilitating efficient use of the Court's time and resources. Defendants estimate that 30 minutes will be sufficient for oral argument.

Dated:  May 1, 2012

                Respectfully submitted,

                /s/ Laura Besvinick
                Laura Besvinick
                Florida Bar No. 391158
                HOGAN LOVELLS US LLP
                200 South Biscayne Blvd.
                Suite 400
                Miami, FL 33131
                Telephone:  305-459-6500
                Facsimile:  305-459-6550
                Laura.Besvinick@HoganLovells.com

                Evan R. Chesler*
                Richard J. Stark*
                Teena-Ann V. Sankoorikal*
                CRAVATH, SWAINE & MOORE LLP
                Worldwide Plaza
                825 Eighth Avenue
                New York, NY 10019
                Telephone:  212-474-1000
                Facsimile:  212-474-3700
                echesler@cravath.com
                rstark@cravath.com
                tsankoorikal@cravath.com

                Ty Cobb*
                Eric J. Stock*
                HOGAN LOVELLS US LLP
                Columbia Square
                555 Thirteenth Street, NW
                Washington, DC 20004
                Telephone:  202-637-5600
                Facsimile:  202-637-5910
                Ty.Cobb@HoganLovells.com
                Eric.Stock@HoganLovells.com
                *Admitted Pro Hac Vice*

                *Counsel for Defendants IBM Global Financing and International Business Machines Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 1st day of May 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Laura Besvinick
Laura Besvinick
Florida Bar No. 391158

## QSGI, INC. SERVICE LIST

Juan Pablo Bauta, II
Ferraro Law Firm
4000 Ponce de Leon Blvd
Suite 700
Miami, FL 33146
Phone: 305-375-0111
Fax: 305-379-6222

Case A. Dam
Ferraro Law Firm
4000 Ponce de Leon Blvd
Suite 700
Miami, FL 33146
Phone: 305-375-0111
Fax: 305-379-6222
Email: cxd@ferrarolaw.com