

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| QSGI, INC., | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Case No. 9:11-cv-80880-KLR |
| | § | |
| IBM GLOBAL FINANCING and | § | |
| INTERNATIONAL BUSINESS | § | |
| MACHINES CORPORATION, | § | |
| | § | |
| Defendants. | § | |

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, Pawan Nelson (Movant) of the law firm of Cravath, Swaine & Moore LLP; 825 Eighth Avenue, New York, NY 10019; (212) 474-1000, respectfully moves for admission *pro hac vice* for the purposes of appearance as co-counsel on behalf of Defendants International Business Machines Corporation and IBM Global Financing (collectively, "IBM") in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit receipt of electronic filings in this case, and in support thereof states as follows:

1.    Movant is not admitted to practice in the Southern District of Florida and has been a member in good standing of the New York State Bar since May 5, 2010.

2. Movant certifies that he has never been disbarred and is not currently suspended from the practice of law in the State of New York, or any other State, nor from any United States Bankruptcy Court, District Court or Court of Appeals. A Certificate of Good Standing from the State of New York is attached as Exhibit "A".

3. Movant certifies further that he has studied and is familiar with the Local Rules of this Court.

4. In further support of this motion, it is hereby designated that Laura Besvinick, Esquire, of the law firm of Hogan Lovells US LLP, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this District for the practice of law, and is authorized to file through the Court's electronic filing system. She is a person with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures. In addition, the law firm of Hogan Lovells US LLP, 200 South Biscayne Boulevard, Suite 400, Miami, Florida 33131, (305) 459-6500, acts as counsel in this matter on behalf of Defendants International Business Machines Corporation and IBM Global Financing.

5. In accordance with the local rules of this Court, Movant has made payment of this Court's $75 admission fee.

6.  Pursuant to Section 2B CM/ECF Administrative Procedures, Movant hereby requests the Court to provide Notice of Electronic Filings to him at the following email address: pnelson@cravath.com.

WHEREFORE, Pawan Nelson moves this Court to enter an Order allowing him to appear before this Court on behalf of Defendants International Business Machines Corporation and IBM Global Financing, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to him at pnelson@cravath.com.

Date:

Respectfully submitted,

_____
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

## CONSENT TO ACT AS LOCAL COUNSEL

I, Laura Besvinick, an attorney qualified to practice in this Court, consent to designation as local counsel for Pawan Nelson and agree to serve as designee with whom the court and opposing counsel may readily communicate regarding the conduct of the case, and upon whom papers shall be served in accordance with the rules applicable in this Court.

>
> Laura Besvinick
> Florida Bar No. 391158
> HOGAN LOVELLS US LLP
> Southeast Financial Center
> 200 South Biscayne Boulevard
> Suite 400
> Miami, Florida 33131
> (305) 459-6500
> (305) 459-6550
>
> By _____
> Laura Besvinick

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 4th day of May 2012, a true and correct copy of the foregoing, together with the required filing fee, was filed with the Clerk of Court. Copies of the foregoing document will be served on interested counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*[signature]*

Laura Besvinick
Florida Bar No. 391158

## QSGI, INC. SERVICE LIST

Juan Pablo Bauta, II
Ferraro Law Firm
4000 Ponce de Leon Blvd
Suite 700
Miami, FL 33146
Phone: 305-375-0111
Fax: 305-379-6222

Case A. Dam
Ferraro Law Firm
4000 Ponce de Leon Blvd
Suite 700
Miami, FL 33146
Phone: 305-375-0111
Fax: 305-379-6222
Email: cxd@ferrarolaw.com

# EXHIBIT A



# Appellate Division of the Supreme Court of the State of New York
# Second Judicial Department

I, **Aprilanne Agostino**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Pawan Nelson** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 5th day of May 2010, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on May 03, 2012.

*Aprilanne Agostino*

Clerk of the Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

QSGI, INC., §
§
                        *Plaintiff*, §
§
v. §    Case No. 9:11-cv-80880-KLR
§
IBM GLOBAL FINANCING and §
INTERNATIONAL BUSINESS §
MACHINES CORPORATION, §
§
                 *Defendants*. §

**ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST
TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Pawan Nelson, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Pawan Nelson may appear and participate in this action on behalf of Defendants International Business Machines Corporation and IBM Global Financing.

The Clerk shall provide electronic notification of all electronic filings to Pawan Nelson, at pnelson@cravath.com.

DONE AND ORDERED in Chambers at _____, Florida, this _____ day of _____.

_____
Kenneth L. Ryskamp
United States District Judge

Copies furnished to:
All Counsel of Record