UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
No. 09:11-cv-80880-KLR

QSGI, Inc., a Delaware Corporation,

    Plaintiff,

v.

IBM GLOBAL FINANCING, a Division of
International Business Machines Corp., and
INTERNATIONAL BUSINESS MACHINES
CORP., Parent to and/or d/b/a IBM GLOBAL
FINANCING,

    Defendants.

_____/

## PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTIONS TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

Plaintiff, by and through undersigned counsel, hereby files this Objection to Defendants' Motions to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing pursuant to Local Rule 4(b). In support thereof, Plaintiff states as follows:

1. On September 16, 2011, Defendants filed a Motion to Appear Pro Hac Vice of Eric J. Stock, Esq. of the law firm of Hogan Lovells in New York.

2. On September 21, 2011, Defendants filed Motions to Appear Pro Hac Vice of Benjamin H. Diessel, Esq., Teena-Ann V. Sankoorikal, Esq., Richard J. Stark, and Evan R. Chesler, all of the law firm of Cravath, Swaine & Moore, LLP in New York.

3. On September 27, 2011, Defendants filed a Motion to Appear Pro Hac Vice of Ty Cobb of the law firm of Hogan Lovells in New York.

1

4. Finally on May 4, 2012, Defendants filed Motions to Appear Pro Hac Vice of Brian M. Kenks, Esq., Pawan Nelson, Esq., and Felicia Einhorn, Esq. of the law firm of Cravath, Swaine & Moore, LLP in New York. (See Composite Exhibit "A").

5. In total, Defendants have submitted, and the Court has entered, Orders admitting nine (9) attorneys to the United States District Court, Southern District of Florida, to represent the Defendants in this matter, in addition to local counsel, Laura Besvinick, Esq.

6. To date Plaintiff has not objected. However, there must be a limit as to the number of out-of-state lawyers permitted to represent a single Defendant in this case.

WHEREFORE, for the reasons set forth herein, Plaintiff respectfully requests that this Court Vacate Its Order Granting Pro Hac Vice of Brian Jenks, Esq., Pawan Nelson, Esq., and Felicia Einhorn, Esq.

Respectfully submitted,

THE FERRARO LAW FIRM, P.A.
*Attorneys for the Plaintiff*
4000 Ponce de Leon Blvd.
Suite 700
Miami, FL 33146
Telephone (305) 375-0111
Facsimile (305) 379-6222
Email: jxd@ferrarolaw.com

By: _____
JUAN P. BAUTA, II, ESQ.
Florida Bar No. 894060
CASE A. DAM, ESQ.
Florida Bar No. 756091

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via CM/ECF on all counsel of record this 10th day of May, 2012.

By: _____
JUAN P. BAUTA, II, ESQ.
Florida Bar No. 894060

# COMPOSITE EXHIBIT "A"



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE No. 11-cv-80880-RYSKAMP

QSGI, INC., a Delaware corporation,

    Plaintiff,

vs.

IBM GLOBAL FINANCING, a division
of International Business Machines
Corporation, INTERNATIONAL
BUSINESS MACHINES CORPORATION,
Parent to and/or d/b/a IBM GLOBAL
FINANCING,

    Defendants.
_____/

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the Unites States District Court for the Southern District of Florida, Eric J. Stock ("Movant") of the law firm of Hogan Lovells US LLP, 875 Third Avenue, New York, NY 10022, respectfully moves for admission *pro hac vice* for the purposes of appearance as co-counsel on behalf of Defendants International Business Machines Corporation and IBM Global Financing (collectively "IBM") in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit receipt of electronic filings in this case, and in support thereof states as follows:

    1.    Movant is not admitted to practice in the Southern District of Florida and is a member in good standing of the New York Bar since 1999.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:11-cv-80880-KLR

FILED by _CBA_ D.C.

SEP 21 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. -- MIAMI

QSGI, INC., a Delaware Corporation,

Plaintiff,

v.

IBM GLOBAL FINANCING, a Division of
International Business Machines Corporation,
INTERNATIONAL BUSINESS MACHINES
CORPORATION, Parent to and/or d/b/a IBM
GLOBAL FINANCING,

Defendants.

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Benjamin H. Diessel of the law firm of Cravath, Swaine & Moore LLP; 825 Eighth Avenue, New York, NY 10019; (212) 474-1000, for purposes of appearance as co-counsel on behalf of Defendants International Business Machines Corporation and IBM Global Financing (collectively, "IBM") in the above-styled case

FILED by _____ D.C.

SEP 21 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:11-cv-80880-KLR

QSGI, INC., a Delaware Corporation,

Plaintiff,

v.

IBM GLOBAL FINANCING, a Division of
International Business Machines Corporation,
INTERNATIONAL BUSINESS MACHINES
CORPORATION, Parent to and/or d/b/a IBM
GLOBAL FINANCING,

Defendants.

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Teena-Ann V. Sankoorikal of the law firm of Cravath, Swaine & Moore LLP; 825 Eighth Avenue, New York, NY 10019; (212) 474-1000, for purposes of appearance as co-counsel on behalf of Defendants International Business Machines Corporation and IBM Global Financing (collectively, "IBM") in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit

FILED by \_\_\_\_\_ D.C.

SEP 21 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:11-cv-80880-KLR

QSGI, INC., a Delaware Corporation,

Plaintiff,

v.

IBM GLOBAL FINANCING, a Division of
International Business Machines Corporation,
INTERNATIONAL BUSINESS MACHINES
CORPORATION, Parent to and/or d/b/a IBM
GLOBAL FINANCING,

Defendants.

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Richard J. Stark of the law firm of Cravath, Swaine & Moore LLP; 825 Eighth Avenue, New York, NY 10019; (212) 474-1000, for purposes of appearance as co-counsel on behalf of Defendants International Business Machines Corporation and IBM Global Financing (collectively, "IBM") in the above-styled case

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:11-cv-80880-KLR



QSGI, INC., a Delaware Corporation,

Plaintiff,

v.

IBM GLOBAL FINANCING, a Division of
International Business Machines Corporation,
INTERNATIONAL BUSINESS MACHINES
CORPORATION, Parent to and/or d/b/a IBM
GLOBAL FINANCING,

Defendants.

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Evan R. Chesler of the law firm of Cravath, Swaine & Moore LLP; 825 Eighth Avenue, New York, NY 10019; (212) 474-1000, for purposes of appearance as co-counsel on behalf of Defendants International Business Machines Corporation and IBM Global Financing (collectively, "IBM") in the above-styled case

```
FILING FEE
PAID  45.00
Pro hac  2/6/21
Vice
     Steven M. Larimore, Clerk
```

```
FILED by CBA D.C.
SEP 27 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE No. 11-cv-80880-RYSKAMP

QSGI, INC., a Delaware corporation,

    Plaintiff,

vs.

IBM GLOBAL FINANCING, a division
of International Business Machines
Corporation, INTERNATIONAL
BUSINESS MACHINES CORPORATION,
Parent to and/or d/b/a IBM GLOBAL
FINANCING,

    Defendants.
_____/

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the Unites States District Court for the Southern District of Florida, Ty Cobb ("Movant") of the law firm of Hogan Lovells US LLP, 555 Thirteenth Street, NW, Washington, D.C. 20004, respectfully moves for admission *pro hac vice* for the purposes of appearance as co-counsel on behalf of Defendants International Business Machines Corporation and IBM Global Financing (collectively "IBM") in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit receipt of electronic filings in this case, and in support thereof states as follows:

    1.    Movant is not admitted to practice in the Southern District of Florida and is a member in good standing of the District of Columbia Bar since 1979.

FILING FEE
PAID $75.00
Pro hac Vice 38103
Steven M. Larimore, Clerk

FILED by \_\_\_ D.C.
MAY 04 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| QSGI, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 9:11-cv-80880-KLR |
| § | |
| IBM GLOBAL FINANCING and § | |
| INTERNATIONAL BUSINESS § | |
| MACHINES CORPORATION, § | |
| § | |
| Defendants. § | |

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, Brian M. Jenks (Movant) of the law firm of Cravath, Swaine & Moore LLP; 825 Eighth Avenue, New York, NY 10019; (212) 474-1000, respectfully moves for admission *pro hac vice* for the purposes of appearance as co-counsel on behalf of Defendants International Business Machines Corporation and IBM Global Financing (collectively, "IBM") in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit receipt of electronic filings in this case, and in support thereof states as follows:

1. Movant is not admitted to practice in the Southern District of Florida and has been a member in good standing of the New York State Bar since April 26, 2010.

FILING FEE PAID $75.00
Pro hac Vice 38102
Steven M. Larimore, Clerk

FILED by ___ D.C.
MAY 04 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

QSGI, INC.,

          Plaintiff,

v.

IBM GLOBAL FINANCING and
INTERNATIONAL BUSINESS
MACHINES CORPORATION,

          Defendants.

Case No. 9:11-cv-80880-KLR

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, Pawan Nelson (Movant) of the law firm of Cravath, Swaine & Moore LLP; 825 Eighth Avenue, New York, NY 10019; (212) 474-1000, respectfully moves for admission *pro hac vice* for the purposes of appearance as co-counsel on behalf of Defendants International Business Machines Corporation and IBM Global Financing (collectively, "IBM") in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit receipt of electronic filings in this case, and in support thereof states as follows:

1. Movant is not admitted to practice in the Southern District of Florida and has been a member in good standing of the New York State Bar since May 5, 2010.

FILING FEE
PAID $475.10
Pro hac Vice 38101
Steven M. Larimore, Clerk

FILED by _____ D.C.
MAY 04 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

QSGI, INC., §
§
Plaintiff, §
v. § Case No. 9:11-cv-80880-KLR
§
IBM GLOBAL FINANCING and §
INTERNATIONAL BUSINESS §
MACHINES CORPORATION, §
§
Defendants. §

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, Felicia Einhorn (Movant) of the law firm of Cravath, Swaine & Moore LLP; 825 Eighth Avenue, New York, NY 10019; (212) 474-1000, respectfully moves for admission *pro hac vice* for the purposes of appearance as co-counsel on behalf of Defendants International Business Machines Corporation and IBM Global Financing (collectively, "IBM") in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit receipt of electronic filings in this case, and in support thereof states as follows:

1.  Movant is not admitted to practice in the Southern District of Florida and has been a member in good standing of the New York State Bar since March 23, 2011.