# EXHIBIT 1

# In The Matter Of:

## *QSGI, INC.*
### *v.*
## *IBM GLOBAL FINANCING, et al.*

———————————————————————

## *DAVID HARRIS - Vol. 1*
### *May 7, 2012*

———————————————————————

**MERRILL CORPORATION**
LegaLink, Inc.

225 Varick Street
10th Floor
New York, NY 10014
Phone: 212.557.7400
Fax: 212.692.9171

DAVID HARRIS - 5/7/2012

Page 80

1          THE WITNESS:  The -- the GFI mail
2      recovery?  I'm not sure when that started.
3  BY MR. DIESSEL:
4      Q.   Did that mail archive include every email
5  that was sent and received to a QSGI employee during
6  the period in which it was in use?
7      A.   Yes.
8      Q.   Were emails ever deleted on that mail
9  archive?
10      A.   No.
11      Q.   How were emails added to that mail
12  archive?
13      A.   The QSGI email?
14      Q.   I'm referring now to the mail archive on
15  the SQL server.
16      A.   Okay.  The software automatically captured
17  them.
18      Q.   When did the software automatically
19  capture those emails?
20      A.   I don't know the exact details, but the
21  mail server had a process where the emails were in
22  transit and the software caught them in transit to
23  the mail server and recorded it.  That was both the
24  Minnesota server and the New Jersey manufacture.
25      Q.   And if someone subsequently deleted an

DAVID HARRIS - 5/7/2012

Page 81

1    email from his or her mailbox, would that action be

2    propagated to the mail archive?

3              MR. DAM:  Objection, form.

4              THE WITNESS:  Absolutely not.

5    BY MR. DIESSEL

6         Q.   And why not?

7         A.   It's two independent processes.

8         Q.   I would like to hand you what I have

9    marked as Exhibit 11.

10             (Thereupon, the referred-to document was

11        marked by the court reporter for Identification

12        as Deposition Exhibit 11.)

13   BY MR. DIESSEL:

14        Q.   You can feel free to read the whole

15   document or leaf through it, but I'm going to be

16   asking you about the last page, the last question.

17   Just tell me when you're ready.

18        A.   Okay.

19        Q.   Do you see this document, Exhibit 11, is

20   entitled, "Plaintiff's Unverified Response to

21   Defendants' IBM and IBM Global Financing's First Set

22   of Interrogatories"?

23        A.   Yes.

24        Q.   I'll represent to you that these are a

25   series of questions, numbered questions, that IBM

DAVID HARRIS - 5/7/2012

Page 82

1    asked of QSGI, and then information following

2    answer, colon, is QSGI's response.

3         A.   Okay.

4         Q.   I would like to ask you about the question

5    No. 8, which asks QSGI to identify the facts and

6    circumstances relating to any documents including,

7    but not limited to, documents in storage facilities

8    that QSGI destroyed, discarded or otherwise failed

9    to preserve since January 1, 2007.

10             Do you see that?

11        A.   Yes.

12        Q.   And I want to focus you in on a specific

13   part of QSGI's response dealing with email

14   archiving.  I would like to turn to page 6.  I will

15   read the part of the response that I want to ask you

16   about.

17             Three lines from the top, page 6, QSGI's

18   response states:  "Company emails were archived at

19   13-month-end and year-end to DLT tapes which were

20   maintained at the New Jersey facility located at 70

21   Lake Drive, Hightstown, New Jersey."

22             Do you see that?

23        A.   Yes.

24        Q.   Is that accurate?

25             MR. DAM:  Objection to form.  Outside the

DAVID HARRIS - 5/7/2012

Page 83

 1      scope of this notice.

 2              THE WITNESS:  It wasn't my practice that

 3      period.

 4  BY MR. DIESSEL:

 5      Q.   And what was your practice during that

 6  period?

 7      A.   Okay.  So let's cover it in the areas that

 8  it should be covered in.

 9              The emails, first, you already know that

10  everybody's PST was captured as they were

11  terminated.

12              The GFI mail archiver was ongoing,

13  captured all the sends and receives.

14              And then I guess there's the normal backup

15  practice, probably not part of necessarily just the

16  mail server, but all servers were backed up daily

17  over the years.

18              Of course, there was the transition from

19  DLT to LTO tapes.

20              Again, they were done daily.  There was

21  the daily tapes remained intact until a full week,

22  weekend backup took place, at which time the daily

23  tapes were reused.

24              The weekly tapes remained intact until a

25  month-end backup was taken.  The month-ends were

DAVID HARRIS - 5/7/2012

Page 84

```
 1   held on until an annual backup was taken.

 2           And the annuals should all still exist.

 3   Probably better wording would be:  Not be reused.

 4           And the DVD's referred to in the mail

 5   backups, they were never reused.  They were in

 6   storage.

 7      Q.   What was the time period during which this

 8   backup process that you described was being

 9   performed?

10      A.   It started after the merger.

11      Q.   And you're referring to the merger of

12   Qualtech and QSGI?

13      A.   Yes.

14      Q.   And did there come a point in time when

15   QSGI stopped performing this backup?

16      A.   No.  These were all tape libraries that --

17   it was automated right to the end.

18           There's one other detail added to the

19   backup process.  There was an exchange of tapes.

20   This process for the tapes was also done in

21   Minnesota for their servers.

22      Q.   Are you describing that there were two

23   different backup processes for the servers in

24   Minnesota and New Jersey?

25      A.   Not processes, but the -- well, it depends
```

DAVID HARRIS - 5/7/2012

Page 85

1   on how you refer to a process.  But this process was

2   done in both sites.

3        Q.   Let's start with the process, the backup

4   process being performed in Minnesota.

5             What servers did that process back up?

6        A.   The file server and the mail server.

7        Q.   Specifically, the Minnesota backup process

8   backed up the Minnesota file server and mail server?

9        A.   Uh-huh.

10       Q.   And I take it the New Jersey backup

11  process backed up the New Jersey file server and

12  mail server, correct?

13       A.   Correct.

14       Q.   Was there a backup process for the SQL

15  server and accounting server?

16       A.   Oh, yeah.  All of the New Jersey servers.

17  You didn't add those.

18       Q.   Marc Sherman testified at his prior

19  testimony that QSGI started its backup process

20  sometime in 2007.  Is that consistent with your

21  understanding?

22            MR. DAM:  Objection, form.

23            THE WITNESS:  Again, I'm confused by the

24       whole timeframe today with the 2004.

25

DAVID HARRIS - 5/7/2012

Page 86

1   BY MR. DIESSEL:

2       Q.   Is there anywhere that you could look, any

3   document you could look at that would tell you when

4   QSGI instituted its backup process?

5           MR. DAM:  Object to the form.

6           THE WITNESS:  I can't think of one.

7   BY MR. DIESSEL:

8       Q.   Is there any way at all to determine when

9   QSGI instituted its backup process?

10      A.   This process in some form, from 2002 to

11  2009, was in place.

12      Q.   So the 2002 precedes QSGI's acquisition of

13  Qualtech, right?

14      A.   Right.

15      Q.   So was there a different process in place

16  in 2002?

17      A.   No.  It was the same retention.

18      Q.   What was the process that was being

19  employed in 2002?

20      A.   What I have described already.

21      Q.   Well, Mr. Harris, I believe your testimony

22  earlier was this process commenced with QSGI --

23  after QSGI's acquisition of Qualtech, so I'm trying

24  to understand what the process was before and after

25  the acquisition.

DAVID HARRIS - 5/7/2012

Page 87

1          Do you understand what I'm getting at?

2          MR. DAM:  Object to the form.

3          THE WITNESS:  Yes.

4   BY MR. DIESSEL:

5       Q.   What was the process that QSGI was using

6   for backup, if any, prior to the Qualtech

7   acquisition?

8       A.   So for the server backups, the second half

9   of what I mentioned is what is -- was done from

10  2002, the tape backups.

11      Q.   So is it your understanding that QSGI

12  conducted annual -- created annual tape backups of

13  its servers from 2002 until bankruptcy?

14      A.   Yes.

15      Q.   And were any of those annual tapes ever

16  reused?

17      A.   They weren't supposed to be, if they were.

18      Q.   Were any of those annual tapes ever

19  discarded?

20      A.   No, not that I know of.

21      Q.   So there were two sets of tapes:  Tapes in

22  Minnesota relating to the mainframe resale business,

23  correct?

24      A.   Yes.

25      Q.   And tapes in New Jersey relating to the

DAVID HARRIS - 5/7/2012

Page 88

 1   other aspects of the company, correct?

 2        A.   Yes.

 3        Q.   Now, the interrogatory answer that you

 4   were referring to before refers only to tapes

 5   maintained at the New Jersey facility.

 6             Do you see that?

 7             MR. DAM:  Objection, form.  It's an

 8        unverified interrogatory response.  And

 9        objection, it still hasn't been resolved.  At

10        this point, I would claim that that is not an

11        admission.

12   BY MR. DIESSEL:

13        Q.   Where are the Minnesota backup tapes?

14             MR. DAM:  Objection, form.

15             THE WITNESS:  Part of our process for the

16        tapes was to exchange tapes between Minnesota

17        and New Jersey.  I can't say when that process

18        started.  I can't say when it stopped.  It did

19        stop before the bankruptcy took place due to a

20        lack of staff to physically exchange tapes.

21        But then they were each left at their

22        respective facilities.

23   BY MR. DIESSEL:

24        Q.   Now, what do you mean by there was a tape

25   exchange program?  What does that refer to?

DAVID HARRIS - 5/7/2012

Page 89

1      A.   The weekly backups from New Jersey would

2   be sent to Minnesota, the weekly backups from

3   Minnesota would be sent to New Jersey, for storage,

4   in the event of some disaster.

5      Q.   So is it the case that the Minnesota tapes

6   were ultimately sent to New Jersey for storage?

7           MR. DAM:  Objection, form.

8           THE WITNESS:  They were sent there for a

9       period of time, yes.

10  BY MR. DIESSEL:

11     Q.   And what's the period of time during which

12  they were sent to New Jersey for storage?

13     A.   They would only reside there until the

14  following week's tape.

15     Q.   And then -- and then what would happen to

16  those tapes thereafter?

17     A.   They would be returned to the respective

18  site and reused.

19     Q.   So where were the annual Minnesota tapes

20  stored?

21     A.   Honestly, they were at each site.

22     Q.   So the Minnesota annual tapes would be

23  stored in Minnesota?

24     A.   Yes.

25     Q.   And the New Jersey annual tapes were

DAVID HARRIS - 5/7/2012

Page 90

```
 1   stored in New Jersey?

 2        A.   Yes.

 3        Q.   Do you have an understanding that QSGI

 4   lost documents from a New Jersey facility during its

 5   bankruptcy?

 6        A.   Lost documents?

 7        Q.   Do you have an understanding that QSGI

 8   lost documents from a Minnesota storage facility

 9   during bankruptcy?

10             MR. DAM:  Objection to form.  Outside the

11        scope of this notice, or at least what this

12        witness is being presented for.

13             THE WITNESS:  No.

14   BY MR. DIESSEL:

15        Q.   Where are the annual Minnesota tapes

16   today, Mr. Harris?

17        A.   I was terminated and left them in place.

18        Q.   You left them in place in Minnesota?

19        A.   Yes.

20        Q.   As you sit here right now, you have no

21   idea where the Minnesota tapes are, correct?

22        A.   No.

23        Q.   You don't even know if they still exist,

24   correct?

25        A.   I do not.
```

DAVID HARRIS - 5/7/2012

Page 91

```
 1        Q.   In fact, for all you know, those tapes
 2   were destroyed?
 3             MR. DAM:  Objection, form, argumentative.
 4        Don't answer that question.
 5             MR. DIESSEL:  What is your basis?
 6             MR. DAM:  You're asking him to completely
 7        speculate on a topic that he has no knowledge
 8        of.
 9             MR. DIESSEL:  He's free to --
10             MR. DAM:  He's not qualified to answer
11        that question.  He's not being put for that
12        purpose.  It is outside the scope of this
13        notice.  I will be happy to file a motion for
14        protective order on that question.
15             If you have a different question, sure.
16             MR. DIESSEL:  Well, I would forward
17        your --
18             MR. DAM:  This deposition is for discovery
19        purposes, correct, not for you to testify?
20             MR. DIESSEL:  Well, Case, unless you're
21        instructing on the basis of privilege, I don't
22        think your instruction is proper.
23             MR. DAM:  You're asking him to totally
24        speculate.  It's not evidence.  You're asking
25        him to guess as a fact witness.  He's not an
```

DAVID HARRIS - 5/7/2012

Page 92

1      expert.  There's so many things wrong with that

2      question, I don't think the Court would be

3      inclined to disagree with me.

4           MR. DIESSEL:  Well, you made your

5      objection on the record.  All I'm saying is

6      that your instruction not to answer is

7      obstructionist and improper.

8           MR. DAM:  And it is outside of the scope

9      of this notice.  He has no knowledge.  He's

10     already said that.

11  BY MR. DIESSEL:

12     Q.   Where are the New Jersey annual backup

13  tapes, Mr. Harris?

14     A.   I left them in New Jersey when I left the

15  building.

16     Q.   Whose responsibility was it during

17  bankruptcy to maintain the annual backup tapes?

18          MR. DAM:  Objection, form.  No foundation.

19          THE WITNESS:  Myself and Eric.

20  BY MR. DIESSEL:

21     Q.   And there came a point in time when you

22  were no longer employed by QSGI during bankruptcy,

23  correct?

24     A.   Right.

25     Q.   And during that period of time, who, if

DAVID HARRIS - 5/7/2012

Page 93

1    anyone, was responsible for the annual backup tapes?

2          MR. DAM:  Objection, form, asked and

3        answered.

4          THE WITNESS:  During what time?

5    BY MR. DIESSEL:

6        Q.   During the point of the QSGI bankruptcy?

7          MR. DAM:  Objection, form.

8          THE WITNESS:  While all of the proceedings

9        were going on, it was still me and Eric.

10   BY MR. DIESSEL:

11       Q.   Despite you weren't employed by QSGI, you

12   were still in charge of the backup tapes; is that

13   your testimony?

14         MR. DAM:  Objection, form.

15         THE WITNESS:  Maybe I don't understand the

16       bankruptcy process, then.

17   BY MR. DIESSEL:

18       Q.   Sure.  Mr. Harris, you testified earlier

19   that from September 2009 until the beginning of

20   January, you were not employed by QSGI.

21         Do you recall that?

22       A.   Correct, yes.

23       Q.   Who was in charge of the backup tapes

24   during that period of time?

25       A.   No clue as to what happened.

DAVID HARRIS - 5/7/2012

Page 94

1          Q.    Did QSGI conduct any investigation to

2    determine the whereabouts of these backup tapes?

3                MR. DAM:  Objection, form.

4                THE WITNESS:  I haven't.

5    BY MR. DIESSEL:

6          Q.    Well, you're here as QSGI's corporate

7    representative, so I'm asking you, did QSGI do

8    anything to determine the whereabouts of these

9    backup tapes?

10               MR. DAM:  If you know.

11               THE WITNESS:  I haven't.  I don't know.

12   BY MR. DIESSEL:

13         Q.    What is Arcserve?

14         A.    That was the backup software we were

15   using.

16         Q.    Is that a product by Computer Associates?

17         A.    Yes.

18         Q.    What is the time period during which

19   Arcserve was being used for archival purposes?

20         A.    The entire time I was there.

21         Q.    What is the purpose of Arcserve?

22         A.    It's the software that talks to the

23   operating systems and captures the file systems.

24         Q.    Is it software that's used for disaster

25   recovery?

DAVID HARRIS - 5/7/2012

Page 95

 1       A.    That also, yes.

 2       Q.    Are there other aspects to Arcserve beyond

 3   disaster recovery?

 4       A.    Just general file restoration.

 5       Q.    Sir, referring to back to the

 6   interrogatory answer, do you have an understanding

 7   as to what process, if any, was undertaken with

 8   respect to archiving at 13-month-end?

 9       A.    I don't really know what that means.  It's

10   not a statement I would have made.

11       Q.    And do you have an understanding as to

12   what archiving process was conducted at year-end to

13   DLT tapes which were maintained at the New Jersey

14   facility?

15       A.    Again, I don't know what this statement

16   means.

17       Q.    Is that statement accurate?

18            MR. DAM:  Objection, form.

19            THE WITNESS:  Not in my opinion.

20   BY MR. DIESSEL:

21       Q.    Is it complete?

22            MR. DAM:  Objection, form.

23            THE WITNESS:  I don't believe it's

24       accurate.  It doesn't describe anything I did.

25

DAVID HARRIS - 5/7/2012

Page 96

1  BY MR. DIESSEL:

2       Q.   Now, Arcserve, your testimony was, was to

3  back up QSGI's servers, correct?

4       A.   Yes.

5       Q.   And which parts of QSGI's servers did it

6  back up?

7       A.   Operating system.  All of the files.  The

8  entire server.

9       Q.   Is it your testimony that every file on

10  each server was backed up using Arcserve?

11            MR. DAM:  Objection, form.

12            THE WITNESS:  That's what its purpose was.

13  BY MR. DIESSEL:

14       Q.   Is that, in fact, how it was used by QSGI?

15       A.   Yes.

16       Q.   Now, there came a point in time when QSGI

17  sold parts of its mainframe business to Joel Owens,

18  correct?

19            MR. DAM:  Objection, form.  Outside the

20       scope of this notice.

21            THE WITNESS:  I don't know.

22  BY MR. DIESSEL:

23       Q.   You do know that there came a point in

24  time when QSGI left the used mainframe business,

25  correct?

DAVID HARRIS - 5/7/2012

Page 159

```
 1          MR. DAM:  We can present our objections at
 2     any time prior to you asking a question.
 3          MR. DIESSEL:  Well, then, we can continue
 4     the deposition until we get answers to all of
 5     the notice questions.  We still haven't
 6     received, following continuation of a
 7     deposition that first took place in March, we
 8     still haven't received answers to most of our
 9     questions.
10          MR. DAM:  Again, maybe if you list all of
11     your questions and type them up for us, then we
12     can have our witnesses properly prepared.
13          Second of all --
14          MR. DIESSEL:  Case, you know we're not
15     entitled to type up --
16          MR. DAM:  Hey, I'm making my record, so
17     why don't you pipe down, okay?
18          One, you know full well that two very
19     important witnesses in this case have been
20     subpoenaed by you.  All right?  And they have
21     information relevant to this lawsuit.  They are
22     filling in the gaps that are missing.  All
23     right?  Unfortunately, they're not employees of
24     QSGI anymore.
25          We're trying to put together people who
```

DAVID HARRIS - 5/7/2012

Page 160

```
 1      can answer questions that are related to your
 2      notice, as well the questions that you have
 3      listed out, the topics that you have listed
 4      out.  Okay?
 5           MR. DIESSEL:  Well, Case, the function of
 6      a deposition notice is we put you on notice as
 7      to topics.  We're not required to type out a
 8      list of questions for you to answer.  That's
 9      what interrogatories are for.
10           Your obligation is to produce a witness
11      that can give complete testimony on all the
12      notice topics.  That's what we're entitled to.
13           MR. DAM:  Ask him what he knows and what
14      he doesn't know.
15           MR. DIESSEL:  I tried to ask, and I've
16      found that the witness is both unprepared and
17      you've been peppering this deposition with
18      scope objections which are completely
19      unfounded.
20           MR. DAM:  I have to preserve my record.
21      What about my objections that are improper?
22           MR. DIESSEL:  Well --
23           MR. DAM:  You're asking him questions that
24      are outside of the scope that we are presenting
25      him for on behalf of QSGI.
```

DAVID HARRIS - 5/7/2012

Page 161

```
 1            MR. DIESSEL:  Well --
 2            MR. DAM:  According to the law, I have to
 3      make these objections, because should you try
 4      to use this testimony at trial for impeachment
 5      purposes or whatnot, my objection is preserved,
 6      and it will be subject to a motion in limine.
 7      I'm not doing anything improper.
 8            MR. DIESSEL:  We'll look forward to
 9      continuing this deposition with someone that
10      knows something about the sources from which
11      QSGI produced documents to the SEC and all the
12      other topics that we have yet to receive --
13            MR. DAM:  You guys are going to have every
14      single document that QSGI has ever generated
15      within a matter of the next couple of days.
16            So I'm sure you guys are going to have a
17      team of 40 attorneys combing through that, and
18      you'll find out all of the information you need
19      to.  QSGI is not here to hide anything, despite
20      your assertions to the contrary.
21            THE VIDEOGRAPHER:  Stand by, please.  This
22      is the end of Videotape No. 3 in the deposition
23      of Mr. David Harris.  We are going off the
24      record at 1:12 p.m.
25
```

DAVID HARRIS - 5/7/2012

Page 162

```
 1              (Thereupon, a recess was taken, after
 2        which the following proceedings were held:)
 3              THE VIDEOGRAPHER:  We are back on the
 4        record.  Here begins Videotape No. 4 in the
 5        deposition of Mr. David Harris.  The time
 6        1:48 p.m.
 7   BY MR. DIESSEL:
 8        Q.   Mr. Harris, I'm going to hand you what I
 9   have marked as Exhibit 13.
10              (Thereupon, the referred-to document was
11        marked by the court reporter for Identification
12        as Deposition Exhibit 13.)
13   BY MR. DIESSEL:
14        Q.   Exhibit 13 is an April 20 letter from
15   McDonald Hopkins to Benjamin Diessel and Teena
16   Sankoorikal.
17              Do you see that?
18        A.   I see it.
19        Q.   Who is McDonald Hopkins?
20              MR. DAM:  Objection, form.
21              THE WITNESS:  Law firm.  A law firm.
22   BY MR. DIESSEL:
23        Q.   And they are a law firm that represents
24   QSGI, correct?
25              MR. DAM:  Objection, form.
```