UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| QSGI, INC., §<br>§<br>*Plaintiff*, §<br>§<br>v. §<br>§<br>IBM GLOBAL FINANCING and §<br>INTERNATIONAL BUSINESS §<br>MACHINES CORPORATION, §<br>§<br>*Defendants*. § | Case No. 9:11-cv-80880-KLR |

**DECLARATION OF TY COBB**

Ty Cobb, declares as follows:

1. I am a member of the law firm of Hogan Lovells US LLP and counsel to Defendants IBM Global Financing and International Business Machines Corporation (collectively, "Defendants" or "IBM") in the above captioned action. I submit this declaration in support of IBM's Reply in Support of its Motion to Compel Compliance With March 16, 2012 Order and For Sanctions For Noncompliance.

2. On May 8, 2012, I contacted by telephone Victor Tabak, an attorney at the Securities and Exchange Commission ("SEC"), on information provided by QSGI's counsel in this matter. In a subsequent call that day, I spoke with Mr. Tabak and Assistant Director of Enforcement, Nina Finston.

3. During these calls, I was informed that the SEC could not confirm or deny that it had any proceeding/investigation as to QSGI, consistent with long standing policy, including whether it had any agreement with QSGI concerning the boxes of documents that QSGI previously produced to the SEC. I was informed, consistent with my own extensive experience with the SEC, that it would be extraordinary for the SEC to

direct a party that it is prohibited from honoring its discovery obligations in a civil litigation not involving the SEC.

    4.    On the basis of these telephone calls, it is my understanding that QSGI is not restricted in providing the documents recently returned to QSGI from the SEC to a third-party vendor for that vendor to make copies for purposes of this litigation or otherwise honoring its discovery obligations.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on May 10, 2012

_____
Ty Cobb