UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| QSGI, INC., § § *Plaintiff*, § § v. § § IBM GLOBAL FINANCING and § INTERNATIONAL BUSINESS § MACHINES CORPORATION, § § *Defendants*. § | Case No. 9:11-cv-80880-KLR |

### IBM'S OPPOSITION TO QSGI'S OBJECTION TO IBM'S MOTIONS TO APPEAR PRO HAC VICE

Defendants International Business Machines Corporation and IBM Global Financing (collectively, "IBM") hereby oppose plaintiff QSGI, Inc.'s ("QSGI") Objection to Defendants' Motions to Appear Pro Hac Vice. (Dkt. 76.) Under the Local Rules, "any attorney who is a member of good standing of the bar . . . of the highest Court of any State" may be permitted to "appear and participate in a particular case" upon written application. Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys. Pursuant to Rule 4(b), counsel for IBM submitted the required application, moved for admission to appear *pro hac vice*, and the Court duly granted those motions. No Local Rule limits the number of "out-of-state" attorneys that may appear *pro hac vice* for a party. QSGI cites no authority and offers no basis for its request that the Court vacate its order granting these motions. *See, e.g.*, *DePass v. Unum*, No. 10-23612-CIV, 2012 WL 135394 (S.D. Fla. Jan. 17, 2012) ("A motion to reconsider is only available when a party presents the court with evidence of an intervening change in controlling law, the availability of new evidence, or the need to correct clear error or manifest injustice."). Therefore, QSGI's motion should be denied.

Dated:  May 15, 2012

Respectfully submitted,

/s/ Laura Besvinick
Laura Besvinick
Florida Bar No. 391158
HOGAN LOVELLS US LLP
200 South Biscayne Blvd.
Suite 400
Miami, FL 33131
Telephone:  305-459-6500
Facsimile:  305-459-6550
Laura.Besvinick@HoganLovells.com

Evan R. Chesler*
Richard J. Stark*
Teena-Ann V. Sankoorikal*
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone:  212-474-1000
Facsimile:  212-474-3700
echesler@cravath.com
rstark@cravath.com
tsankoorikal@cravath.com

Ty Cobb*
Eric J. Stock*
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Telephone:  202-637-5600
Facsimile:  202-637-5910
Ty.Cobb@HoganLovells.com
Eric.Stock@HoganLovells.com
*Admitted Pro Hac Vice

*Counsel for Defendants IBM Global Financing and International Business Machines Corporation*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 15th day of May 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Laura Besvinick
Laura Besvinick
Florida Bar No. 391158

## QSGI, INC. SERVICE LIST

Juan Pablo Bauta, II
Ferraro Law Firm
4000 Ponce de Leon Blvd
Suite 700
Miami, FL 33146
Phone: 305-375-0111
Fax: 305-379-6222

Case A. Dam
Ferraro Law Firm
4000 Ponce de Leon Blvd
Suite 700
Miami, FL 33146
Phone: 305-375-0111
Fax: 305-379-6222
Email: cxd@ferrarolaw.com