UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| QSGI, INC., § § *Plaintiff,* § § v. § § IBM GLOBAL FINANCING and § INTERNATIONAL BUSINESS § MACHINES CORPORATION, § § *Defendants.* § | Case No. 9:11-cv-80880-KLR |

**IBM'S MOTION FOR SANCTIONS FOR FAILURE TO ATTEND A
RULE 30(b)(6) DEPOSITION AND INDIVIDUAL DEPOSITION**

Defendants International Business Machines Corporation and IBM Global Financing (collectively, "Defendants" or "IBM"), pursuant to Rule 37 of the Federal Rules of Civil Procedure, hereby move this Court to impose appropriate sanctions, including reasonable expenses and attorneys' fees incurred by Defendants, on QSGI and its counsel as a result of the failure of QSGI's Chief Executive Officer ("CEO") Marc Sherman to appear for his deposition after being provided with proper notice.

The grounds supporting this motion are set forth in the accompanying memorandum of law and supporting declarations of Richard J. Stark and Benjamin Diessel, executed May 15, 2012, with exhibits thereto.

Dated: May 16, 2012

Respectfully submitted,

/s/ Laura Besvinick
Laura Besvinick
Florida Bar No. 391158
HOGAN LOVELLS US LLP
200 South Biscayne Boulevard
Suite 400
Miami, FL 33131
Telephone:  305-459-6500
Facsimile:  305-459-6550
laura.besvinick@HoganLovells.com

Evan R. Chesler*
Richard J. Stark*
Teena-Ann V. Sankoorikal*
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone:  212-474-1000
Facsimile:  212-474-3700
echesler@cravath.com
rstark@cravath.com
tsankoorikal@cravath.com

Ty Cobb*
Eric J. Stock*
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Telephone:  202-637-5600
Facsimile:  202-637-5910
Ty.Cobb@HoganLovells.com
Eric.Stock@HoganLovells.com
*Admitted Pro Hac Vice

*Counsel for Defendants IBM Global Financing and International Business Machines Corporation*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 16th day of May 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      /s/ Laura Besvinick
      Laura Besvinick

**QSGI, INC. SERVICE LIST**

Juan Pablo Bauta, II
Ferraro Law Firm
4000 Ponce de Leon Blvd
Suite 700
Miami, FL 33146
Phone: 305-375-0111
Fax: 305-379-6222

Case A. Dam
Ferraro Law Firm
4000 Ponce de Leon Blvd
Suite 700
Miami, FL 33146
Phone: 305-375-0111
Fax: 305-379-6222
Email: cxd@ferrarolaw.com