UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 11-80880-CIV-RYSKAMP\VITUNAC

QSGI, Inc., a Delaware Corporation,

    Plaintiff,

v.

IBM GLOBAL FINANCING, et al.

    Defendants.
_____/

## NOTICE OF UNAVAILABILITY

Plaintiff, QSGI, Inc., by and through undersigned counsel files this Notice of Unavailability from July 23 through August 15, 2012 as the undersigned will be in trial. It is respectfully requested that no hearings, depositions, discovery or any other action in this matter be scheduled during the aforementioned time period.

Respectfully submitted,

THE FERRARO LAW FIRM, P.A.
*Attorneys for the Plaintiff*
4000 Ponce de Leon Blvd., Suite 700
Miami, FL 33146
Telephone (305) 375-0111
Facsimile (305) 379-6222

/s/ Juan P. Bauta, II
By: _____
Juan P. Bauta, II
Fla. Bar No.: 894060

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via CM/ECF on all counsel of record this 8th day of June, 2012.

/s/ Juan P. Bauta, II
By: _____
Juan P. Bauta, II
Fla. Bar No.: 894060