UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-80880-Civ-Ryskamp/Hopkins

QSGI, INC.,

        Plaintiff,

vs.

IBM GLOBAL FINANCING, et al.,

        Defendants.

_____/

## ORDER DENYING PLAINTIFF'S MOTIONS TO QUASH (DE 92, 93)

**THIS CAUSE** has come before this Court upon an Order referring all discovery matters to the undersigned United States Magistrate Judge for final disposition. (DE 41, 86).

This Court has before it two motions filed by Plaintiff seeking to quash subpoenas that Defendants served on two non-party accounting firms, demanding production of certain documents for Defendants' inspection. (DE 92, 92). These motions are not properly before this Court because they were issued out of and seek production of documents in Districts other than the Southern District of Florida. Rule 45 specifically states that a subpoena for production or inspection of documents must issue "from the court for the district where the production or inspection is to be made." Fed. R. Civ. P. 45(a)(2)(C). Therefore, this Court is without jurisdiction to hear the instant motion. *See Pike v. Trinity Industries, Inc.*, 2012 WL 2087171, *2 (M.D. Fla. June 8, 2012)("[o]nly the Court that issues a subpoena can quash or modify it"); *Garcia v. American Sec. Ins. Co.*, 2010 WL 2991567 (M.D. Fla. July 27, 2010)(noting that court

FILED by _____ D.C.

JUN 1 8 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

had "no jurisdiction" to decide motions on a subpoena issued from another district); *Rivertree Landing, LLC v. Murphy*, 2007 WL 3333351 (M.D. Fla. 2007)("this Court has no jurisdiction over any subpoena not issued by this Court"). *See also Bruhl v. Price Waterhousecoopers Intern.*, 2008 WL 2949507, *2 (S.D. Fla. July 29, 2008)(plaintiffs' Rule 45 subpoena was issued out of the Southern District of New York, where the document production was to be made; therefore, motions related to that subpoena must be brought in that court); *Stanziale v. Pepper Hamilton LLP*, 2d, 2007 WL 473703, *4 (S.D.N.Y. Feb. 9, 2007)(motions under Rule 45 should be made to the court from which the subpoena issued, which "will presumably be a court in a district convenient to the nonparty" since it is "of course the nonparty whose convenience Rule 45 is most concerned about protecting")(*citation omitted*). Since these motions are not properly before this Court, they must be **DENIED**.

**DONE and ORDERED** in Chambers this 18 day of June, 2012, at West Palm Beach in the Southern District of Florida.

*James M. Hopkins*

---
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

Copies to: Counsel of Record