UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| QSGI, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 9:11-cv-80880-KLR |
| IBM GLOBAL FINANCING and INTERNATIONAL BUSINESS MACHINES CORPORATION, | § § § § § | |
| Defendants. | § | |

**DEFENDANTS' SPECIFICATION OF COSTS AND REASONABLE EXPENSES PURSUANT TO ORDER GRANTING DEFENDANTS' MOTION FOR SANCTIONS**

Pursuant to the Court's June 18, 2012 Order Granting Defendants' Motion for Sanctions, Defendants IBM Global Financing and International Business Machines Corporation (collectively, "IBM" or "Defendants") hereby submit the following materials in support of their request for attorneys' fees and costs.

1. Defendants seek reimbursement for $28,615.21 of costs and reasonable expenses they incurred as a result of Plaintiff's failure to produce Marc Sherman for his duly noticed deposition on May 8, 2012. This sum comprises the costs that IBM incurred in connection with Mr. Sherman's failure to attend the deposition ($9,256.56), and the reasonable expenses that IBM incurred in bringing its Motion for Sanctions for Failure to Attend a Rule 30(b)(6) Deposition and Individual Deposition ("Motion" (May 16, 2012, ECF No. 81)) and preparing its Reply in Support of the Motion (June 8, 2012, ECF No. 90) ($19,358.65).

2. The information supporting this sum is set forth in the accompanying declaration of Richard J. Stark, executed June 28, 2012, and the exhibits thereto.

WHEREFORE, Defendants respectfully request that the Court order Plaintiff to reimburse Defendants the amount $28,615.21 for the costs and reasonable expenses that IBM incurred as a result of Mr. Sherman's failure to appear at the May 8, 2012 deposition.

Dated:  June 28, 2012

>Respectfully submitted,
>
>/s/ Laura Besvinick
>Laura Besvinick
>Florida Bar No. 391158
>HOGAN LOVELLS US LLP
>200 South Biscayne Blvd., Suite 400
>Miami, FL 33131
>Telephone:  305-459-6500
>Facsimile:  305-459-6550
>Laura.Besvinick@HoganLovells.com
>
>Evan R. Chesler*
>Richard J. Stark*
>Teena-Ann V. Sankoorikal*
>CRAVATH, SWAINE & MOORE LLP
>Worldwide Plaza
>825 Eighth Avenue
>New York, NY 10019
>Telephone:  212-474-1000
>Facsimile:  212-474-3700
>echesler@cravath.com
>rstark@cravath.com
>tsankoorikal@cravath.com

Ty Cobb*
Eric J. Stock*
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Telephone:  202-637-5600
Facsimile:  202-637-5910
Ty.Cobb@HoganLovells.com
Eric.Stock@Hoganlovells.com
*Admitted Pro Hac Vice

*Counsel for Defendants IBM Global
Financing and International Business
Machines Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 28th day of June 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

/s/ Laura Besvinick
Laura Besvinick
Florida Bar No. 391158

## QSGI, INC. SERVICE LIST

Juan Pablo Bauta, II
Ferraro Law Firm
4000 Ponce de Leon Blvd
Suite 700
Miami, FL 33146
Phone: 305-375-0111
Fax: 305-379-6222

Melissa Damian Visconti
Ferraro Law Firm
4000 Ponce de Leon Blvd
Suite 700
Miami, FL 33146
Phone: 305-375-0111
Email: mdv@ferrarolaw.com