# Exhibit A



2012-06-27 EMAIL from B. Diessel to J. Bauta re: QSGI's reimbursement to IBM pertaining to costs associated with Marc Sherman 's failure to attend deposition, also attached Draft Stark Declaration

**Benjamin Diessel**   to: jpb, aak, mdv, ncb                                06/27/2012 05:20 PM

Cc: Richard Stark, Teena-Ann Sankoorikal, ty.cobb, laura.besvinick, eric.stock

Bcc: IBM562

Juan and Amanda:

As you know, the Court on June 18 granted IBM's Sanctions Motion and held that IBM is entitled to costs associated with Marc Sherman's failure to attend the May 8 deposition and the reasonable expenses incurred in bringing its Sanctions Motion.  The Court asked IBM to submit its materials in support of these costs and reasonable expenses within 10 days (i.e., by tomorrow), which IBM is prepared to do.

In an effort to avoid burdening the Court with unnecessary briefing, however, we write to ask if QSGI will agree to reimburse IBM for its costs and reasonable expenses.  These include $9,256.56 in costs that IBM incurred in connection with Mr. Sherman's nonappearance, and $19,358.65 in reasonable expenses incurred in bringing the Motion, totaling $28,615.21.  IBM's calculation and support for these sums are included in the draft declaration of Richard Stark, which we attach for your review.

Please let us know by 5 p.m. tomorrow whether QSGI will agree to reimburse IBM for these costs and reasonable expenses.  I am generally available in my office to discuss the matter for the remainder of this evening as well as tomorrow.  If we do not hear from you by 5 p.m. tomorrow, we will submit our materials (including a finalized version of the Stark declaration) to the Court.



Draft Stark Declaration  (6-27-12, 5 pm).pdf

Benjamin Diessel
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
(212) 474-1177 (direct)
(212) 474-3700 (fax)