# Exhibit B

**ULTRAMAR TRAVEL MANAGEMENT**
*SMART TECHNOLOGY ... SUPERIOR EXPERIENCE*
**Phone: 212.474.2023**
TRAVELTEAM1@ULTRAMARTRAVEL.COM

Ultramar  >



1221,39

# Electronic Invoice

## Prepared For:
## STARK/RICHARD JUDSON

Ref:   **2281-562**

| | |
|---|---|
| SALES PERSON | SD |
| INVOICE NUMBER | 0045117 |
| INVOICE ISSUE DATE | 03 May 2012 |
| RECORD LOCATOR | NKZGNM |
| CUSTOMER NUMBER | 105000CRAV |

Client Address

RICHARD STARK
CRAVATH SWAINE MOORE LLP
DEPT-LITIGATION
825 EIGHTH AVENUE 40TH FL
NEW YORK NY 10019

Notes
RECONFIRMATION FOR AMERICAN AIRLINES CALL 800 433 7300.

## DATE: Sun, Nov 04

### Others

HAVE A SAFE AND
PLEASANT TRIP

## DATE: Tue, May 07

### Flight: AMERICAN AIRLINES 1960

| | | | |
|---|---|---|---|
| From | NEWARK, NJ | Departs | 12:00pm |
| To | MIAMI INTERNTNL, FL | Arrives | 3:00pm |
| Departure Terminal | A | | |
| Duration | 03hr(s) :00min(s) | Class | First |
| Type | | Meal | Lunch |
| Stop(s) | Non Stop | | |
| Seat(s) Details | STARK/RICHARD JUDSON | Seat(s) - 05B | AA - XXXXX 20 |

## DATE: Tue, May 07

### Hotel: MARRIOTT HOTELS, JW MARRIOTT MIAMI
### 1109 BRICKELL AVENUE
### MIAMI FL 33131

| | | | |
|---|---|---|---|
| Service City | MIAMI INTERNTNL | | |
| Check-In | 07 May | Check-Out | 08 May |
| Rooms(s) | 1 | Room Details | AMERICAN BAR ASSOC |

Virtually There

| | | | |
|---|---|---|---|
| Night(s) | 1 | Rate per Night | 263.00 USD |
| Confirmation Number | 92121201 | Frequent Traveler | |
| Service Information | KING NO SMOKING | Phone | 1-305-3293500 |
| Guarantee | Guaranteed Late Arrival | | |

## DATE: Wed, May 08

**Flight: AMERICAN AIRLINES 1226**

| | | | |
|---|---|---|---|
| From | MIAMI INTERNTNL, FL | Departs | 8:35pm |
| To | NEW YORK LGA, NY | Arrives | 11:35pm |
| | | Arrival Terminal | B |
| Duration | 03hr(s) :00min(s) | Class | First |
| Type | BOEING 737-800 JET | Meal | Snack |
| Stop(s) | Non Stop | | |
| Seat(s) Details | STARK/RICHARD JUDSON | Seat(s) - 03E | AA - XXXXX 20 |

## Ticket Information

| | | | | | |
|---|---|---|---|---|---|
| **Ticket Number** | AA 7052528480 | **Passenger** | STARK RICHARD JUDSON | | |
| | | **Billed to:** | AX XXXXXXXXXXX2002 | USD | * 1,185.33 |
| **Service Fee** | XD 0574373093 | **Passenger** | STARK RICHARD JUDSON | | |
| | | **Billed to:** | AX XXXXXXXXXXX2002 | USD | * 50.00 |

|  |  |
|---|---|
| **SubTotal** | USD 1,235.33 |
| **Net Credit Card Billing** | * USD 1,235.33 |
| | ---------- |
| **Total Amount Due** | USD 0.00 |

```
-------------------------------------------------
EMERGENCY *AFTER HOURS* SERVICE ASSISTANCE
FOR FLIGHT INFORMATION OR RECONFIRMATION
PLEASE CALL THE TOLL FREE AIRLINE NUMBER
LISTED AT THE TOP OF YOUR ITINERARY
ALL OTHER EMERGENCY REQUESTS PLEASE CALL
888-681-7670
-------------------------------------------------

-------------------------------------------------
PLEASE NOTE-A SERVICE FEE WILL BE APPLIED TO THIS
TRANSACTION. THIS CHARGE IS IN ADDITION TO THE
COST OF YOUR AIRLINE TICKET.
-------------------------------------------------
FOR ANY INQUIRIES DURING NORMAL BUSINESS HOURS
FROM THE US OR CANADA PLEASE CALL 212.474.2023
-------------------------------------------------
```

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For Credit Card Service fees, please see eTicket receipt for total charges.

**Ultramar   >**

**ULTRAMAR TRAVEL MANAGEMENT**
*SMART TECHNOLOGY ... SUPERIOR EXPERIENCE*
**Phone: 212.474.2023**
TRAVELTEAM1@ULTRAMARTRAVEL.COM

## Electronic Invoice

**Prepared For:**

## STARK/RICHARD JUDSON

Ref:    **2281-562**

| | |
|---|---|
| SALES PERSON | BB |
| INVOICE NUMBER | 0045162 |
| INVOICE ISSUE DATE | 07 May 2012 |
| RECORD LOCATOR | NKZGNM |
| CUSTOMER NUMBER | 105000CRAV |

Client Address

RICHARD STARK
CRAVATH SWAINE MOORE LLP
DEPT-LITIGATION
825 EIGHTH AVENUE 40TH FL
NEW YORK NY 10019

Notes
RECONFIRMATION FOR AMERICAN AIRLINES CALL 800 433 7300.

## DATE: Sun, Nov 04

**Others**

HAVE A SAFE AND
PLEASANT TRIP

## DATE: Tue, May 07

**Flight:  AMERICAN AIRLINES 1960**

| | | | |
|---|---|---|---|
| From | NEWARK, NJ | Departs | 12:00pm |
| To | MIAMI INTERNTNL, FL | Arrives | 3:00pm |
| Departure Terminal | A | | |
| Duration | 03hr(s) :00min(s) | Class | First |
| Type | | Meal | Lunch |
| Stop(s) | Non Stop | | |
| Seat(s) Details | STARK/RICHARD JUDSON | Seat(s) - 05B | AA  - XXXXX 20 |

## DATE: Tue, May 07

**Hotel:  MARRIOTT HOTELS, JW MARRIOTT MARQUIS**
**255 BISCAYNE BLVD WAY**
**MIAMI FL 33131**

| | | | |
|---|---|---|---|
| Service City | MIAMI INTERNTNL | | |
| Check-In | 07 May | Check-Out | 08 May |
| Rooms(s) | 1 | Room Details | |

|  |  |  |  |
|---|---|---|---|
|  |  |  | AMERICAN BAR ASSOC GUEST ROOM, |
| Night(s) | 1 | Rate per Night | 253.00 USD |
| Confirmation Number | 80501292 | Frequent Traveler |  |
| Service Information Guarantee | KING NO SMOKING Guaranteed Late Arrival | Phone | 1-305-4218600 |

## DATE: Wed, May 08

### Flight: AMERICAN AIRLINES 2088

| | | | |
|---|---|---|---|
| From | MIAMI INTERNTNL, FL | Departs | 11:00am |
| To | NEW YORK LGA, NY | Arrives | 1:59pm |
| | | Arrival Terminal | B |
| Duration | 02hr(s) :59min(s) | Class | Economy |
| Type | BOEING 757 JET | Meal | Food for Purchase |
| Stop(s) | Non Stop | | |
| Seat(s) Details | STARK/RICHARD JUDSON | Seat(s) - 11C | AA  - XXXXX 20 |

## Ticket Information

| | | | | | |
|---|---|---|---|---|---|
| Ticket Number | AA 7058573517 | **Passenger** | STARK RICHARD JUDSON | | |
| | | **Billed to:** | AX XXXXXXXXXX2002 | USD | * 511.80 |
| | | | | **SubTotal** | USD 511.80 |
| | | | | **Net Credit Card Billing** | * USD 511.80 |
| | | | | | ---------- |
| | | | | **Total Amount Due** | USD 0.00 |

---------------------------------------------
EMERGENCY *AFTER HOURS* SERVICE ASSISTANCE
FOR FLIGHT INFORMATION OR RECONFIRMATION
PLEASE CALL THE TOLL FREE AIRLINE NUMBER
LISTED AT THE TOP OF YOUR ITINERARY
ALL OTHER EMERGENCY REQUESTS PLEASE CALL
888-681-7670
---------------------------------------------

---------------------------------------------
PLEASE NOTE-A SERVICE FEE WILL BE APPLIED TO THIS
TRANSACTION. THIS CHARGE IS IN ADDITION TO THE
COST OF YOUR AIRLINE TICKET.
---------------------------------------------
FOR ANY INQUIRIES DURING NORMAL BUSINESS HOURS
FROM THE US OR CANADA PLEASE CALL 212.474.2023
---------------------------------------------

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For Credit Card Service fees, please see eTicket receipt for total charges.

https://www.virtuallythere.com/new/einvoicePrint.html

6/19/2012

Virtually There                                                                    Page 1 of 2

**ULTRAMAR TRAVEL MANAGEMENT**
*SMART TECHNOLOGY ... SUPERIOR EXPERIENCE*
**Phone: 212.474.2023**
**Ultramar   >**    TRAVELTEAM1@ULTRAMARTRAVEL.COM

---

# Electronic Invoice

**Prepared For:**

## STARK/RICHARD JUDSON                                        Ref:    **2281-562**

| | |
|---|---|
| SALES PERSON | BB |
| INVOICE NUMBER | 0045163 |
| INVOICE ISSUE DATE | 07 May 2012 |
| RECORD LOCATOR | NKZGNM |
| CUSTOMER NUMBER | 105000CRAV |

Client Address

RICHARD STARK
CRAVATH SWAINE MOORE LLP
DEPT-LITIGATION
825 EIGHTH AVENUE 40TH FL
NEW YORK NY 10019

Notes
RECONFIRMATION FOR AMERICAN AIRLINES CALL 800 433 7300.

## DATE: Sun, Nov 04

**Others**

HAVE A SAFE AND
PLEASANT TRIP

## DATE: Tue, May 07

**Flight:  AMERICAN AIRLINES 1960**

| | | | |
|---|---|---|---|
| From | NEWARK, NJ | Departs | 12:00pm |
| To | MIAMI INTERNTNL, FL | Arrives | 3:00pm |
| Departure Terminal | A | | |
| Duration | 03hr(s) :00min(s) | Class | First |
| Type | | Meal | Lunch |
| Stop(s) | Non Stop | | |
| Seat(s) Details | STARK/RICHARD JUDSON | Seat(s) - 05B | AA  - XXXXX 20 |

## DATE: Tue, May 07

**Hotel:  MARRIOTT HOTELS, JW MARRIOTT MARQUIS**
**255 BISCAYNE BLVD WAY**
**MIAMI FL 33131**

| | | | |
|---|---|---|---|
| Service City | MIAMI INTERNTNL | | |
| Check-In | 07 May | Check-Out | 08 May |
| Rooms(s) | 1 | Room Details | |

https://www.virtuallythere.com/new/einvoicePrint.html                          6/19/2012

| | | | |
|---|---|---|---|
| | | | AMERICAN BAR ASSOC GUEST ROOM, |
| Night(s) | 1 | Rate per Night | 253.00 USD |
| Confirmation Number | 80501292 | Frequent Traveler | |
| Service Information Guarantee | KING NO SMOKING Guaranteed Late Arrival | Phone | 1-305-4218600 |

## DATE: Wed, May 08

### Flight: AMERICAN AIRLINES 2088

| | | | |
|---|---|---|---|
| From | MIAMI INTERNTNL, FL | Departs | 11:00am |
| To | NEW YORK LGA, NY | Arrives | 1:59pm |
| | | Arrival Terminal | B |
| Duration | 02hr(s) :59min(s) | Class | Economy |
| Type | BOEING 757 JET | Meal | Food for Purchase |
| Stop(s) | Non Stop | | |
| Seat(s) Details | STARK/RICHARD JUDSON | Seat(s) - 11C | AA  - XXXXX 20 |

## Ticket Information

| Service Fee | XD 0574643300 | Passenger | STARK RICHARD JUDSON | | |
|---|---|---|---|---|---|
| | | Billed to: | AX XXXXXXXXXXX2002 | USD | * 50.00 |
| | | | | SubTotal | USD 50.00 |
| | | | | Net Credit Card Billing | * USD 50.00 |
| | | | | | ---------- |
| | | | | Total Amount Due | USD 0.00 |

```
-------------------------------------------
EMERGENCY *AFTER HOURS* SERVICE ASSISTANCE
FOR FLIGHT INFORMATION OR RECONFIRMATION
PLEASE CALL THE TOLL FREE AIRLINE NUMBER
LISTED AT THE TOP OF YOUR ITINERARY
ALL OTHER EMERGENCY REQUESTS PLEASE CALL
888-681-7670
-------------------------------------------
-------------------------------------------
PLEASE NOTE-A SERVICE FEE WILL BE APPLIED TO THIS
TRANSACTION. THIS CHARGE IS IN ADDITION TO THE
COST OF YOUR AIRLINE TICKET.
-------------------------------------------
FOR ANY INQUIRIES DURING NORMAL BUSINESS HOURS
FROM THE US OR CANADA PLEASE CALL 212.474.2023
-------------------------------------------
```

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For Credit Card Service fees, please see eTicket receipt for total charges.

**ULTRAMAR TRAVEL MANAGEMENT**
*SMART TECHNOLOGY ... SUPERIOR EXPERIENCE*
**Phone: 212.474.2023**
**TRAVELTEAM1@ULTRAMARTRAVEL.COM**

Ultramar   >

## Electronic Invoice

**Prepared For:**

STARK/RICHARD JUDSON                          Ref:    2281-562

| | |
|---|---|
| SALES PERSON | CR |
| INVOICE NUMBER | 0045172 |
| INVOICE ISSUE DATE | 08 May 2012 |
| RECORD LOCATOR | NKZGNM |
| CUSTOMER NUMBER | 105000CRAV |

Client Address

RICHARD STARK
CRAVATH SWAINE MOORE LLP
DEPT-LITIGATION
825 EIGHTH AVENUE 40TH FL
NEW YORK NY 10019

Notes
RECONFIRMATION FOR AMERICAN AIRLINES CALL 800 433 7300.

## DATE: Sun, Nov 04

### Others

HAVE A SAFE AND
PLEASANT TRIP

## DATE: Tue, May 07

### Flight: AMERICAN AIRLINES 1960

| | | | |
|---|---|---|---|
| From | NEWARK, NJ | Departs | 12:00pm |
| To | MIAMI INTERNTNL, FL | Arrives | 3:00pm |
| Departure Terminal | A | | |
| Duration | 03hr(s) :00min(s) | Class | First |
| Type | | Meal | Lunch |
| Stop(s) | Non Stop | | |
| Seat(s) Details | STARK/RICHARD JUDSON | Seat(s) - 05B | AA - XXXXX 20 |

## DATE: Tue, May 07

**Hotel: MARRIOTT HOTELS, JW MARRIOTT MARQUIS**
**255 BISCAYNE BLVD WAY**
**MIAMI FL 33131**

| | | | |
|---|---|---|---|
| Service City | MIAMI INTERNTNL | | |
| Check-In | 07 May | Check-Out | 08 May |
| Rooms(s) | 1 | Room Details | |

| | | | AMERICAN BAR ASSOC GUEST ROOM, |
|---|---|---|---|
| Night(s) | 1 | Rate per Night | 253.00 USD |
| Confirmation Number | 80501292 | Frequent Traveler | |
| Service Information Guarantee | KING NO SMOKING Guaranteed Late Arrival | Phone | 1-305-4218600 |

## DATE: Wed, May 08

### Flight: AMERICAN AIRLINES 2088

| From | MIAMI INTERNTNL, FL | Departs | 11:00am |
|---|---|---|---|
| To | NEW YORK LGA, NY | Arrives | 1:59pm |
| | | Arrival Terminal | B |
| Duration | 02hr(s) :59min(s) | Class | First |
| Type | BOEING 757 JET | Meal | Lunch |
| Stop(s) | Non Stop | | |
| Seat(s) Details | STARK/RICHARD JUDSON | | AA  - XXXXX 20 |

## DATE: Wed, May 08

### Flight: AMERICAN AIRLINES 2088

| From | MIAMI INTERNTNL, FL | Departs | 11:00am |
|---|---|---|---|
| To | NEW YORK LGA, NY | Arrives | 1:59pm |
| | | Arrival Terminal | B |
| Duration | 02hr(s) :59min(s) | Class | First |
| Type | BOEING 757 JET | Meal | Lunch |
| Stop(s) | Non Stop | | |
| Seat(s) Details | STARK/RICHARD JUDSON | | AA  - XXXXX 20 |

## Ticket Information

| Refunded | AA 7052528480 | Passenger | STARK RICHARD JUDSON | | |
|---|---|---|---|---|---|
| Ticket Refund Original Invoice | 0045117 | | | | |
| Ticket Refund Original Invoice | 0045117 | Refunded | AX XXXXXXXXXXX2002 Refunded to Credit Card | USD | - 575.74 |

Less Refund Amount    USD - 575.74
----------
Total Amount Due    USD 0.00

```
----------------------------------------------------
EMERGENCY *AFTER HOURS* SERVICE ASSISTANCE
FOR FLIGHT INFORMATION OR RECONFIRMATION
PLEASE CALL THE TOLL FREE AIRLINE NUMBER
LISTED AT THE TOP OF YOUR ITINERARY
ALL OTHER EMERGENCY REQUESTS PLEASE CALL
888-681-7670
----------------------------------------------------
----------------------------------------------------
PLEASE NOTE-A SERVICE FEE WILL BE APPLIED TO THIS
TRANSACTION. THIS CHARGE IS IN ADDITION TO THE
COST OF YOUR AIRLINE TICKET.
----------------------------------------------------
FOR ANY INQUIRIES DURING NORMAL BUSINESS HOURS
```