# Exhibit C

**GUEST FOLIO**

**JW MARRIOTT.**
MARQUIS
MIAMI


JW Marriott® Marquis Miami ▪ 255 Biscayne Boulevard Way, Miami, Florida 33131 ▪ 305.421.8600 ▪ jwmarriott.com/miamj

| Room | Name | Rate | Depart | Time | ACCT# |
|---|---|---|---|---|---|
| 2306 | STARK/RICHARD/JUDSO | 253.00 | 05/08/12 | 12:00 | 10028 |

Type: GD

Arrive 05/07/12  Time 15:16

Room Clerk: 200

Address:

Payment: AXXXXXXXXXXXX2002   MRW#:

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|---|
| 05/07 | RM SERV | 33472306 | 59.94 | | |
| 05/07 | ROOM | 2306, 1 | 253.00 | | |
| 05/07 | ROOM TAX | 2306, 1 | 17.71 | | |
| 05/07 | OCC TAX | 2306, 1 | 15.18 | | |
| | | | | | 345.83 |

WANT YOUR FINAL HOTEL BILL BY EMAIL? JUST ASK THE FRONT DESK!
SEE "INTERNET PRIVACY STATEMENT" ON MARRIOTT.COM

To secure your next stay, go to jwmarriott.com