# Exhibit D

Virtually There                                                                                    Page 1 of 2



**ULTRAMAR TRAVEL MANAGEMENT**
*SMART TECHNOLOGY ... SUPERIOR EXPERIENCE*
**Phone: 212.474.2023**
TRAVELTEAM1@ULTRAMARTRAVEL.COM

*1221.37*

## Electronic Invoice

**Prepared For:**
**NELSON/PAWAN**

Ref:        2281-562

| | |
|---|---|
| SALES PERSON | TN |
| INVOICE NUMBER | 0045140 |
| INVOICE ISSUE DATE | 04 May 2012 |
| RECORD LOCATOR | KYATRK |
| CUSTOMER NUMBER | 105000CRAV |

Client Address

PAWAN NELSON
CRAVATH SWAINE AND MOORE LLP
825 EIGHTH AVENUE 4044W
NEW YORK NY 10019

Notes
RECONFIRMATION FOR AMERICAN AIRLINES CALL 800 433 7300.

## DATE: Sun, Nov 04

Others

## DATE: Tue, May 07

**Flight: AMERICAN AIRLINES 1960**

| | | | |
|---|---|---|---|
| From | NEWARK, NJ | Departs | 12:00pm |
| To | MIAMI INTERNTNL, FL | Arrives | 3:00pm |
| Departure Terminal | A | | |
| Duration | 03hr(s) :00min(s) | Class | First |
| Type | | Meal | Lunch |
| Stop(s) | Non Stop | | |
| Seat(s) Details | NELSON/PAWAN | Seat(s) - 06B | AA  - XXXXX 86 |

## DATE: Tue, May 07

**Hotel: MARRIOTT HOTELS, JW MARRIOTT MIAMI**
**1109 BRICKELL AVENUE**
**MIAMI FL 33131**

| | | | |
|---|---|---|---|
| Service City | MIAMI INTERNTNL | | |
| Check-In | 07 May | Check-Out | 08 May |
| Rooms(s) | 1 | Room Details | AMERICAN BAR ASSOC GUEST ROOM, |
| Night(s) | 1 | Rate per Night | 263.00 USD |

Virtually There

| | | | | |
|---|---|---|---|---|
| Confirmation Number | 80244818 | | Frequent Traveler | |
| Service Information | RQST KING NO SMOKING | | Phone | 1-305-3293500 |
| Guarantee | Guaranteed Late Arrival | | | |

## DATE: Wed, May 08

**Flight:** AMERICAN AIRLINES 1226

| | | | |
|---|---|---|---|
| From | MIAMI INTERNTNL, FL | Departs | 8:35pm |
| To | NEW YORK LGA, NY | Arrives | 11:35pm |
| | | Arrival Terminal | B |
| Duration | 03hr(s) :00min(s) | Class | First |
| Type | BOEING 737-800 JET | Meal | Snack |
| Stop(s) | Non Stop | | |
| Seat(s) Details | NELSON/PAWAN | Seat(s) - 05B | AA  - XXXXX 86 |

## Ticket Information

| | | | | | |
|---|---|---|---|---|---|
| **Ticket Number** | AA 7058573500 | **Passenger** | NELSON PAWAN | | |
| | | **Billed to:** | AX XXXXXXXXXXX1004 | USD | * 1,185.33 |
| **Service Fee** | XD 0574543737 | **Passenger** | NELSON PAWAN | | |
| | | **Billed to:** | AX XXXXXXXXXXX1004 | USD | * 50.00 |

|  |  |
|---|---|
| **SubTotal** | USD 1,235.33 |
| **Net Credit Card Billing** | * USD 1,235.33 |
| | ---------- |
| **Total Amount Due** | USD 0.00 |

---

--------------------------------------------------
EMERGENCY *AFTER HOURS* SERVICE ASSISTANCE
FOR FLIGHT INFORMATION OR RECONFIRMATION
PLEASE CALL THE TOLL FREE AIRLINE NUMBER
LISTED AT THE TOP OF YOUR ITINERARY
ALL OTHER EMERGENCY REQUESTS PLEASE CALL
888-681-7670
--------------------------------------------------
PLEASE NOTE-A SERVICE FEE WILL BE APPLIED TO THIS
TRANSACTION. THIS CHARGE IS IN ADDITION TO THE
COST OF YOUR AIRLINE TICKET.
--------------------------------------------------
FOR ANY INQUIRIES DURING NORMAL BUSINESS HOURS
FROM THE US OR CANADA PLEASE CALL 212.474.2023
--------------------------------------------------

---

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For Credit Card Service fees, please see eTicket receipt for total charges.

Virtually There                                                                                     Page 1 of 2

**Ultramar** >

**ULTRAMAR TRAVEL MANAGEMENT**
*SMART TECHNOLOGY ... SUPERIOR EXPERIENCE*
**Phone: 212.474.2023**
TRAVELTEAM1@ULTRAMARTRAVEL.COM

---

# Electronic Invoice

**Prepared For:**

**NELSON/PAWAN**                                               Ref:        **2281-562**

| | |
|---|---|
| SALES PERSON | BB |
| INVOICE NUMBER | 0045164 |
| INVOICE ISSUE DATE | 07 May 2012 |
| RECORD LOCATOR | KYATRK |
| CUSTOMER NUMBER | 105000CRAV |

Client Address

PAWAN NELSON
CRAVATH SWAINE AND MOORE LLP
825 EIGHTH AVENUE 4044W
NEW YORK NY 10019

Notes
RECONFIRMATION FOR AMERICAN AIRLINES CALL 800 433 7300.

## DATE: Sun, Nov 04

**Others**

## DATE: Tue, May 07

**Flight:  AMERICAN AIRLINES 1960**

| | | | |
|---|---|---|---|
| From | NEWARK, NJ | Departs | 12:00pm |
| To | MIAMI INTERNTNL, FL | Arrives | 3:00pm |
| Departure Terminal | A | | |
| Duration | 03hr(s) :00min(s) | Class | First |
| Type | | Meal | Lunch |
| Stop(s) | Non Stop | | |
| Seat(s) Details | NELSON/PAWAN | Seat(s) - 06B | AA  - XXXXX 86 |

## DATE: Tue, May 07

**Hotel:  MARRIOTT HOTELS, JW MARRIOTT MARQUIS**
**255 BISCAYNE BLVD WAY**
**MIAMI FL 33131**

| | | | |
|---|---|---|---|
| Service City | MIAMI INTERNTNL | | |
| Check-In | 07 May | Check-Out | 08 May |
| Rooms(s) | 1 | Room Details | AMERICAN BAR ASSOC GUEST ROOM, |
| Night(s) | 1 | Rate per Night | 253.00 USD |

Virtually There

| | | | |
|---|---|---|---|
| Confirmation Number | 80502317 | Frequent Traveler | |
| Service Information | KING NO SMOKING | Phone | 1-305-4218600 |
| Guarantee | Guaranteed Late Arrival | | |

## DATE: Wed, May 08

**Flight: AMERICAN AIRLINES 2088**

| | | | |
|---|---|---|---|
| From | MIAMI INTERNTNL, FL | Departs | 11:00am |
| To | NEW YORK LGA, NY | Arrives | 1:59pm |
| | | Arrival Terminal | B |
| Duration | 02hr(s) :59min(s) | Class | Economy |
| Type | BOEING 757 JET | Meal | Food for Purchase |
| Stop(s) | Non Stop | | |
| Seat(s) Details | NELSON/PAWAN | Seat(s) - 20D | AA  - XXXXX 86 |

## Ticket Information

| | | | | | |
|---|---|---|---|---|---|
| **Ticket Number** | AA 7058573518 | **Passenger** | NELSON PAWAN | | |
| | | **Billed to:** | AX XXXXXXXXXX1004 | USD | * 511.80 |

| | |
|---|---|
| **SubTotal** | USD 511.80 |
| **Net Credit Card Billing** | * USD 511.80 |
| | ---------- |
| **Total Amount Due** | USD 0.00 |

---

-------------------------------------------------
EMERGENCY *AFTER HOURS* SERVICE ASSISTANCE
FOR FLIGHT INFORMATION OR RECONFIRMATION
PLEASE CALL THE TOLL FREE AIRLINE NUMBER
LISTED AT THE TOP OF YOUR ITINERARY
ALL OTHER EMERGENCY REQUESTS PLEASE CALL
888-681-7670
-------------------------------------------------
PLEASE NOTE-A SERVICE FEE WILL BE APPLIED TO THIS
TRANSACTION. THIS CHARGE IS IN ADDITION TO THE
COST OF YOUR AIRLINE TICKET.
-------------------------------------------------
FOR ANY INQUIRIES DURING NORMAL BUSINESS HOURS
FROM THE US OR CANADA PLEASE CALL 212.474.2023
-------------------------------------------------

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For Credit Card Service fees, please see eTicket receipt for total charges.

**Ultramar** ➤

**ULTRAMAR TRAVEL MANAGEMENT**
*SMART TECHNOLOGY ... SUPERIOR EXPERIENCE*
**Phone: 212.474.2023**
TRAVELTEAM1@ULTRAMARTRAVEL.COM

# Electronic Invoice

**Prepared For:**
**NELSON/PAWAN**

Ref:     **2281-562**

| | |
|---|---|
| SALES PERSON | BB |
| INVOICE NUMBER | 0045165 |
| INVOICE ISSUE DATE | 07 May 2012 |
| RECORD LOCATOR | KYATRK |
| CUSTOMER NUMBER | 105000CRAV |

Client Address

PAWAN NELSON
CRAVATH SWAINE AND MOORE LLP
825 EIGHTH AVENUE 4044W
NEW YORK NY 10019

Notes
RECONFIRMATION FOR AMERICAN AIRLINES CALL 800 433 7300.

## DATE: Sun, Nov 04

Others

## DATE: Tue, May 07

**Flight:  AMERICAN AIRLINES 1960**

| | | | |
|---|---|---|---|
| From | NEWARK, NJ | Departs | 12:00pm |
| To | MIAMI INTERNTNL, FL | Arrives | 3:00pm |
| Departure Terminal | A | | |
| Duration | 03hr(s) :00min(s) | Class | First |
| Type | | Meal | Lunch |
| Stop(s) | Non Stop | | |
| Seat(s) Details | NELSON/PAWAN | Seat(s) - 06B | AA  - XXXXX 86 |

## DATE: Tue, May 07

**Hotel:  MARRIOTT HOTELS, JW MARRIOTT MARQUIS**
**255 BISCAYNE BLVD WAY**
**MIAMI FL 33131**

| | | | |
|---|---|---|---|
| Service City | MIAMI INTERNTNL | | |
| Check-In | 07 May | Check-Out | 08 May |
| Rooms(s) | 1 | Room Details | AMERICAN BAR ASSOC GUEST ROOM, |
| Night(s) | 1 | Rate per Night | 253.00 USD |

Virtually There

Page 2 of 2

| | | | | |
|---|---|---|---|---|
| Confirmation Number | 80502317 | | Frequent Traveler | |
| Service Information | KING NO SMOKING | | Phone | 1-305-4218600 |
| Guarantee | Guaranteed Late Arrival | | | |

## DATE: Wed, May 08

**Flight: AMERICAN AIRLINES 2088**

| | | | |
|---|---|---|---|
| From | MIAMI INTERNTNL, FL | Departs | 11:00am |
| To | NEW YORK LGA, NY | Arrives | 1:59pm |
| | | Arrival Terminal | B |
| Duration | 02hr(s) :59min(s) | Class | Economy |
| Type | BOEING 757 JET | Meal | Food for Purchase |
| Stop(s) | Non Stop | | |
| Seat(s) Details | NELSON/PAWAN | Seat(s) - 20D | AA - XXXXX 86 |

## Ticket Information

| | | | | | | |
|---|---|---|---|---|---|---|
| **Service Fee** | XD 0574643301 | **Passenger** | NELSON PAWAN | | | |
| | | **Billed to:** | AX XXXXXXXXXX1004 | | USD | * 50.00 |
| | | | | **SubTotal** | | USD 50.00 |
| | | | | **Net Credit Card Billing** | | * USD 50.00 |
| | | | | | | ---------- |
| | | | | **Total Amount Due** | | USD 0.00 |

-----------------------------------------------
EMERGENCY *AFTER HOURS* SERVICE ASSISTANCE
FOR FLIGHT INFORMATION OR RECONFIRMATION
PLEASE CALL THE TOLL FREE AIRLINE NUMBER
LISTED AT THE TOP OF YOUR ITINERARY
ALL OTHER EMERGENCY REQUESTS PLEASE CALL
888-681-7670
-----------------------------------------------
PLEASE NOTE-A SERVICE FEE WILL BE APPLIED TO THIS
TRANSACTION. THIS CHARGE IS IN ADDITION TO THE
COST OF YOUR AIRLINE TICKET.
-----------------------------------------------
FOR ANY INQUIRIES DURING NORMAL BUSINESS HOURS
FROM THE US OR CANADA PLEASE CALL 212.474.2023
-----------------------------------------------

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For Credit Card Service fees, please see eTicket receipt for total charges.

Virtually There

**Ultramar** >

**ULTRAMAR TRAVEL MANAGEMENT**
*SMART TECHNOLOGY ... SUPERIOR EXPERIENCE*
**Phone: 212.474.2023**
TRAVELTEAM1@ULTRAMARTRAVEL.COM

# Electronic Invoice

**Prepared For:**

**NELSON/PAWAN**

| | | Ref: | 2281-562 |
|---|---|---|---|
| SALES PERSON | | CR | |
| INVOICE NUMBER | | 0045171 | |
| INVOICE ISSUE DATE | | 08 May 2012 | |
| RECORD LOCATOR | | KYATRK | |
| CUSTOMER NUMBER | | 105000CRAV | |

Client Address

PAWAN NELSON
CRAVATH SWAINE AND MOORE LLP
825 EIGHTH AVENUE 4044W
NEW YORK NY 10019

Notes
RECONFIRMATION FOR AMERICAN AIRLINES CALL 800 433 7300.

## DATE: Sun, Nov 04

**Others**

## DATE: Tue, May 07

**Flight: AMERICAN AIRLINES 1960**

| From | NEWARK, NJ | Departs | 12:00pm |
|---|---|---|---|
| To | MIAMI INTERNTNL, FL | Arrives | 3:00pm |
| Departure Terminal | A | | |
| Duration | 03hr(s) :00min(s) | Class | First |
| Type | | Meal | Lunch |
| Stop(s) | Non Stop | | |
| Seat(s) Details | NELSON/PAWAN | Seat(s) - 06B | AA  - XXXXX 86 |

## DATE: Tue, May 07

**Hotel:  MARRIOTT HOTELS, JW MARRIOTT MARQUIS
255 BISCAYNE BLVD WAY
MIAMI FL 33131**

| Service City | MIAMI INTERNTNL | | |
|---|---|---|---|
| Check-In | 07 May | Check-Out | 08 May |
| Rooms(s) | 1 | Room Details | AMERICAN BAR ASSOC GUEST ROOM, |
| Night(s) | 1 | Rate per Night | 253.00 USD |

Virtually There

| | | | |
|---|---|---|---|
| Confirmation Number | 80502317 | Frequent Traveler | |
| Service Information Guarantee | KING NO SMOKING Guaranteed Late Arrival | Phone | 1-305-4218600 |

## DATE: Wed, May 08

**Flight: AMERICAN AIRLINES 2088**

| | | | |
|---|---|---|---|
| From | MIAMI INTERNTNL, FL | Departs | 11:00am |
| To | NEW YORK LGA, NY | Arrives | 1:59pm |
| | | Arrival Terminal | B |
| Duration | 02hr(s) :59min(s) | Class | Economy |
| Type | BOEING 757 JET | Meal | Food for Purchase |
| Stop(s) | Non Stop | | |
| Seat(s) Details | NELSON/PAWAN | Seat(s) - 20D | AA - XXXXX 86 |

## Ticket Information

| | | | | | |
|---|---|---|---|---|---|
| **Refunded** | AA 7058573500 | **Passenger** | NELSON PAWAN | | |
| **Ticket Refund Original Invoice** | 0045140 | | | | |
| **Ticket Refund Original Invoice** | 0045140 | **Refunded** | AX XXXXXXXXXXX1004 Refunded to Credit Card | USD | - 575.74 |

**Less Refund Amount**    USD - 575.74

----------

**Total Amount Due**    USD 0.00

------------------------------------------------
EMERGENCY *AFTER HOURS* SERVICE ASSISTANCE
FOR FLIGHT INFORMATION OR RECONFIRMATION
PLEASE CALL THE TOLL FREE AIRLINE NUMBER
LISTED AT THE TOP OF YOUR ITINERARY
ALL OTHER EMERGENCY REQUESTS PLEASE CALL
888-681-7670
------------------------------------------------
PLEASE NOTE-A SERVICE FEE WILL BE APPLIED TO THIS
TRANSACTION. THIS CHARGE IS IN ADDITION TO THE
COST OF YOUR AIRLINE TICKET.
------------------------------------------------
FOR ANY INQUIRIES DURING NORMAL BUSINESS HOURS
FROM THE US OR CANADA PLEASE CALL 212.474.2023
------------------------------------------------

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For Credit Card Service fees, please see eTicket receipt for total charges.