# Exhibit E

**GUEST FOLIO** 

JW MARRIOTT.
MARQUIS
MIAMI

JW Marriott® Marquis Miami • 255 Biscayne Boulevard Way, Miami, Florida 33131 • 305.421.8600 • jwmarriott.com/miamj

| Room | Name | Rate | Depart | Time | |
|---|---|---|---|---|---|
| 2217 | NELSON/PAWAN | 253.00 | 05/08/12 | 08:40 | 10026 |
| Type WD | | | Arrive | | ACCT# |
| 106 | | | 05/07/12 | 15:17 | |
| Room Clerk | Address | | Payment AXXXXXXXXXXXXX1000 | | MRW#: |

| DATE | REFERENCE | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|
| 05/07 RM SERV | 33622217 | 30.37 | | |
| 05/07 ROOM | 2217, 1 | 253.00 | | |
| 05/07 ROOM TAX | 2217, 1 | 17.71 | | |
| 05/07 OCC TAX | 2217, 1 | 15.18 | | |
| 05/08 RM SERV | 33912217 | 29.08 | | |
| 05/08 CCARD-AX | | | 345.34 | |

PAYMENT RECEIVED BY: AMERICAN EXPRESS XXXXXXXXXXXX1000

.00

WANT YOUR FINAL HOTEL BILL BY EMAIL? JUST ASK THE FRONT DESK!
SEE "INTERNET PRIVACY STATEMENT" ON MARRIOTT.COM

To secure your next stay, go to jwmarriott.com