# Exhibit F

**MERRILL CORPORATION**
LegaLink, Inc.
225 Varick Street
10th Floor
New York, NY 10017
Phone: 212.557.7400
Fax: 212.692.9171

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 18210161 | 05/23/2012 | 1807-165152 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/08/2012 | WILLKE | 911CV80880 |

**CASE CAPTION**

"QSGI, Inc. vs. IBM Corporation"

**TERMS**

Immediate, sold FOB Merrill facility

Benjamin Diessel
Cravath Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

```
CERTIFICATES OF NON-APPEARANCE FOR WITNESS:
   Marc Sherman
           Minimum Charge                                    250.00
ATTENDANCE OF REPORTER
   Marc Sherman
           ATTENDANCE                                         80.00

                          TOTAL   DUE   >>>>                 330.00
```

*Deposition was scheduled to take place in Miami, FL.

Thank you. Your business is appreciated.
For your convenience we accept Visa, Mastercard, and American Express.
Call 1-866-550-1934 (7 am - 4:30 pm - Central Time)

2281-562

#8846

TAX ID NO.: 20-2665382                                      (212) 474-1000    Fax (212) 474-3700

*Please detach bottom portion and return with payment.*

Benjamin Diessel
Cravath Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

```
Invoice No.:  18210161
Date       :  05/23/2012
TOTAL DUE  :     330.00


Job No.    :  1807-165152
Case No.   :  911CV80880
"QSGI, Inc. vs. IBM Corporation"
```

Remit To:    LegaLink, Inc.
             PO Box 277951
             Atlanta, GA 30384